```
1                 UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
2                     (FT. LAUDERDALE)
                  CASE NO.  0:21-CR-60020-WPD-5
3


4
     UNITED STATES OF AMERICA,          Miami, Florida
5
              PLAINTIFF,
6                                       July 7, 2023
          VS.                           Thursday
7
     M.D. JOSE SANTEIRO,
8                                       Scheduled for 1:15 p.m.
              DEFENDANT.                1:15 p.m. to 2:15 p.m.
9

10                                      Pages 1 - 50

11   ---------------------------------------------------------

12                     SENTENCING HEARING

13

14      BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS
                  UNITED STATES DISTRICT JUDGE
15

16
     APPEARANCES:
17

18   FOR THE GOVERNMENT:     JAMIE DE BOER, AUSA
                             JAMES V. HAYES, AUSA
19                           U.S. Department of Justice
                             Criminal Division, Fraud Section
20                           1400 New York Avenue NW
                             Bond Building, 8th Floor
21                           Washington, D.C.  20005

22                           ANDREA SAVDIE, ESQ.
23                           U.S. Department of Justice
                             12020 Miramar Parkway
24                           Miramar, Florida  33025

25
```

```
 1   APPEARANCES (CONTINUED):

 2
     FOR THE DEFENDANT:         SABRINA D. VORA-PUGLISI, ESQ.
 3                              DIANNE ELIZABETH CARAMES, ESQ.
                                Puglisi Law
 4                              40 N.W. 3rd Street - PH 1
                                Miami, Florida  33128
 5

 6                              MARCOS BEATON, JR., ESQ.
                                Beaton Law Firm
 7                              12925 S.W. 132 Street
                                Suite 4
 8                              Miami, Florida  33186

 9

10   U.S. PROBATION OFFICER:  REBECCA HILL

11

12

13
     STENOGRAPHICALLY
14   REPORTED BY:               GLENDA M. POWERS, RPR, CRR, FPR
                                Official "Relief" Court Reporter
15                              United States District Court
                                400 North Miami Avenue
16                              Miami, Florida  33128
                                Glenda_Powers@flsd.uscourts.gov
17

18

19

20

21

22

23

24

25
```

1          (Call to the order of the Court:)

2          COURTROOM DEPUTY:  All rise.

3          United States District Court, Southern District of

4     Florida; the Honorable William P. Dimitrouleas presiding.

5          THE COURT:  Please be seated.

6          COURTROOM DEPUTY:  Calling Case Number 21-CR-60020,

7     United States of America versus Jose Santeiro.

8          Will counsel announce their appearances for the record.

9          MS. DE BOER:  Good afternoon, Your Honor.

10          Jamie de Boer and Jim Hayes and Andrea Savdie for the

11    United States.

12          MS. VORA-PUGLISI:  Good morning -- or good afternoon,

13    Your Honor.  Sabrina Puglisi and Dianne Carames on behalf of

14    Dr. Jose Santeiro.

15          And I'm sorry to say, Mr. Beaton is just running a

16    couple of minutes behind, but he will be joining us shortly.

17          THE COURT:  Do you want to wait?

18          MS. VORA-PUGLISI:  If you don't mind, because I believe

19    he's the one -- I believe we have to handle the motions first,

20    and he's the one.

21          THE COURT:  I was denying the motion for new trial.

22          MS. VORA-PUGLISI:  Very good, Judge, then we can

23    proceed.

24          THE COURT:  All right.  Dr. Santeiro's before the

25    Court.  He was found guilty of conspiracy to commit healthcare

1    fraud and wire fraud and nine counts of -- excuse me, eight

2    counts of healthcare fraud.

3          I adjudicated him guilty, deferred sentencing and

4    ordered a presentence investigation report that I have received

5    and reviewed.

6          Have counsel had an opportunity to review the

7    presentence investigation report, Ms. De Boer?

8          MS. DE BOER:  Yes, Your Honor.

9          THE COURT:  Ms. Puglisi?

10         MS. VORA-PUGLISI:  Yes, Your Honor.

11         THE COURT:  Dr. Santeiro, have you read the presentence

12   investigation report and discussed it with your lawyer?

13         THE DEFENDANT:  Yes, Your Honor.

14         THE COURT:  Any objection to the presentence

15   investigation report from the Government?

16         MS. DE BOER:  Your Honor, I think the defense is

17   correct, that there's a typo in paragraph one which states that

18   Dr. Santeiro was the CEO of Compass and as the Court knows he

19   was the medical director with both of those.

20         So we would agree with that, but otherwise, no.

21         THE COURT:  All right, so I will sustain that

22   objection.

23         Ms. Puglisi?

24         MS. VORA-PUGLISI:  Judge, I have variance objections.

25         Should I just start with my objection to paragraph 15?

1        THE COURT:  Okay.

2        MS. VORA-PUGLISI:  All right.  As the Court understands

3  Mr. -- or Dr. Santeiro was found guilty by a jury, but it was

4  our position that he was not guilty and obviously we still feel

5  strongly about the facts not having met the burden in this

6  case, although, we, you know, do respect the decision of the

7  jury.

8        But having said that, we do object to paragraph 15,

9  specifically, denying that Dr. Santeiro conspired to unlawfully

10  enrich himself by (a) submitting and causing the submission of

11  false and fraudulent claims to healthcare benefit programs via

12  interstate wire; (b) concealing the submission of false and

13  fraudulent claims to healthcare benefit programs;

14  (c) concealing the receipt of the fraudulent proceeds;

15  and (d) diverting the fraudulent proceeds for his personal use

16  and benefit and the use and benefit of others in furtherance of

17  the conspiracy.

18        THE COURT:  All right, so I'll overrule that objection.

19        MS. VORA-PUGLISI:  Objection to paragraph 18.

20        This has to do with the over-prescription of

21  medications, and we deny that he prescribed, caused to be

22  prescribed, administered and caused to be administered,

23  prescription medication and over-the-counter meds in quantities

24  and combinations that grossly diverted from legitimate medical

25  practice.

```
 1              As we know in this case there were two experts, they
 2    were differing experts; and even if the jury found
 3    Dr. Santeiro guilty, it doesn't mean that every allegation made
 4    by the Government suddenly is made true.
 5              In this case, specifically, we know the evidence showed
 6    Dr. Lieberman was the chief medical officer in charge at
 7    Compass Detox.  He was the individual prescribing the comfort
 8    drinks.  And with respect to the other medications, there
 9    was -- our doctor differed in the opinion of the Government's
10    doctor as to any medications being over-prescribed.
11              THE COURT:  I'll overrule that objection.
12              MS. VORA-PUGLISI:  Objection to paragraph 19, similarly
13    deny that he over-prescribed buprenorphine, and again,
14    differing medical doctors in this case --
15              (Mr. Beaton entered courtroom at 1:19 p.m.)
16              MS. VORA-PUGLISI:  -- provided evidence to that.
17              THE COURT:  Mr. Beaton is here; and I'll overrule that
18    objection.
19              MS. VORA-PUGLISI:  Objection to paragraph 20 -- one
20    moment, Judge, I just want to read it.
21              (Brief pause in the proceedings.)
22              MS. VORA-PUGLISI:  Judge, we would argue that
23    Dr. Santeiro did provide medical monitoring of the patients at
24    WAR, that was the facility he was the attending physician; and
25    with respect to Compass Detox, that was the province of
```

```
 1   Dr. Lieberman.
 2           THE COURT:  I'll overrule that objection.
 3           MS. VORA-PUGLISI:  Objection to paragraph 21.
 4           This has to do with false therapy notes.  There was no
 5   evidence presented in the trial that Dr. Santeiro created or
 6   caused to be created any false therapy notes.
 7           He wasn't involved in the therapy.  He didn't sign off
 8   on therapy, and there was no testimony by any witness,
 9   including Government witnesses, that said differently.
10           THE COURT:  Ms. De Boer, what's your position on that?
11           MS. DE BOER:  Your Honor, the Government presented
12   several falsified patient charts that were signed by
13   Dr. Santeiro, falsified in response to insurance audits.
14           Those were, for example, Exhibit 1134, 1379, 1325-C
15   and 167.  In addition, I believe it's the last two substantive
16   counts that the defendant was convicted of, are for false
17   therapy billings.
18           THE COURT:  Okay, I will overrule that objection.
19           MS. VORA-PUGLISI:  Objection to paragraph 22.
20           This has to do with the urine samples, Judge.  And
21   while Dr. Santeiro's name was used to order these labs, we were
22   able to show that the IP address for those came from 0.0.0.0,
23   which the Government did not establish came from Dr. Santeiro,
24   but rather we understand to be auto-generated, and so we would
25   say that Dr. Santeiro did not order urine drug samples which
```

1    were medically unnecessary.

2         THE COURT:  I'll overrule that objection.

3         MS. VORA-PUGLISI:  Objection to paragraph 23.

4         Judge, this has to do with Jeffrey Draesel, the

5    chiropractor.  Now, while the Government, I believe, presented

6    evidence of this in the Markoviches' trial, it was -- not one

7    piece of evidence was submitted in this case about chiropractic

8    services.

9         I believe this was probably added just because these

10   paragraphs are usually used for all codefendants and was

11   generated for the Markoviches, but there was nothing

12   established at trial that Dr. Santeiro was associated with the

13   chiropractic --

14        THE COURT:  Ms. De Boer?

15        MS. VORA-PUGLISI:  -- referrals.

16        MS. DE BOER:  That's fair, Your Honor, we did not

17   present that evidence in this trial.

18        THE COURT:  So I'll sustain the objection to 23.

19        MS. VORA-PUGLISI:  Objection to paragraph 24.

20        Judge, we would argue that Dr. Santeiro at no time

21   submitted any fraudulent claims to insurance plans, no evidence

22   that he reviewed the bills prior to their submission or knew

23   how much or for what the services were billed.

24        THE COURT:  Okay, I'll overrule the objection.

25        MS. VORA-PUGLISI:  The next paragraph is 41, which I

1   think kind of coincides right with the loss -- it has to do

2   with the loss amount, Judge.  And with respect to loss amount,

3   I was going to let Mr. Beaton make that argument for the

4   guideline calculation.

5              THE COURT:  Let me hear from the Government --

6              MS. VORA-PUGLISI:  Okay.

7              THE COURT:  -- as to what they think the loss amount

8   should be consistent with my prior rulings in the codefendant

9   cases.

10             MS. DE BOER:  Yes, Your Honor.

11             So I think the starting point for calculating loss in

12  this case would be the loss applied to Jonathan Markovich,

13  because that was the loss that could be billed to insurance

14  companies, whether it's from Compass, WAR, or the laboratories,

15  on the basis of the fact that there was a medical director,

16  there was a doctor overseeing this.

17             And with respect to the labs, there was a doctor

18  ordering these prescriptions or these urinalyses.

19             So the Government just sort of calculated -- working

20  backwards from that, the Court calculated a loss band for

21  Jonathan Markovich as 3.5 million to 9.5 million.  I believe

22  the precise loss number that the Court would have calculated --

23  although, I don't think the Court said this on the record --

24  was 8.3 million.

25             And the way that I get to that is because the

1   Government had recommended a reduced loss amount for Jonathan

2   Markovich of 83 million, roughly, and then 10 percent of that

3   would be 8.3 million.  There was no other number that was

4   discussed in this case, that 10 percent of which gets to that

5   loss band, and so I believe that's the precise loss number.

6          So I believe that's the starting point for

7   Dr. Santeiro's loss, because there is no false bill from

8   Compass, there is no false bill from WAR, and there is no false

9   laboratory billings without a Dr. Santeiro putting his

10  signature and license up.

11         That was the Government's theory of the case.

12         The jury agreed with that theory and the jury found

13  Dr. Santeiro guilty of every substantive count that Jonathan

14  Markovich was also found guilty of, in terms of the healthcare

15  fraud.

16         I would also say, Your Honor, that the Court went to

17  the loss band right below that for both Daniel Markovich and

18  Dr. Lieberman.  The reason for that is because they were only

19  at Compass, not at WAR, the labs, so that's another reason why

20  Dr. Santeiro has to be equivalent to Jonathan Markovich as a

21  starting point, because he was involved and was central to all

22  three.  I believe that's the starting point for calculating

23  loss in this case.

24         Now, Dr. Santeiro -- and this is briefed in the

25  Government's sentencing memorandum, so I won't go into it at

1    length, and the Court has heard this in the presentation of the

2    case -- that Dr. Santeiro was not just doing this at Compass

3    and WAR, he was also doing it at least two other places,

4    Florida Life and Future Now Detox.

5         And the Government has presented examples throughout

6    the trial and in its sentencing memorandum of fraudulent

7    treatment provided at those two facilities and signed off on

8    and authorized by Dr. Santeiro.

9         So the Government would submit that the loss -- that we

10   would add that loss amount, which gets to a total of a plus 22,

11   and it's about 57.88 million when you add the Florida Life and

12   Future Now loss to that amount.

13        THE COURT:  I'm not comfortable adding the losses from

14   the other two facilities.  So, at this point, the starting

15   point, the loss would be between three-and-a-half and

16   nine-and-half million; is that correct?

17        MS. DE BOER:  That's correct, Your Honor.

18        THE COURT:  So let me hear from Mr. Beaton.

19        MR. BEATON:  May I address the Court from here,

20   Your Honor?

21        THE COURT:  Okay.

22        MR. BEATON:  So, the starting point is now between 3.5

23   and 9.5 million.  And as we said in our briefing yesterday, the

24   Court discounted for significantly more culpable codefendants

25   the loss amount by 90 percent.

1           And that was in an effort to get to what the Court felt

2   was a specific -- a sentence based on -- a loss amount based on

3   specific reliable evidence.  It doesn't have to be perfect.  It

4   doesn't have to be every single bill.  It doesn't have to be

5   that particularized, but it has to be based on a specific and

6   reliable set of facts.

7           So if we used that 10 percent starting point for people

8   in two trials who came and admitted that they were actively

9   misleading Dr. Santeiro, that they were behind Dr. Santeiro's

10  back, for example, having kickback arrangements -- as Garnto

11  and Markovich did -- getting patients high, pain patients; and

12  then you had Dr. Lieberman who testified that he had been a

13  respected, credentialed anesthesiologist in the community for,

14  I think, over 30 years, and that some of Miami's best

15  physicians relied on him because of his reputation and that he

16  never gave them any reason not to.

17          Dr. Lieberman also testified about a conversation he

18  had with Dr. Santeiro where it was clear to everybody that

19  Dr. Santeiro trusted Dr. Lieberman and said as much, he said,

20  "I trust your judgment."

21          And with all of these individualized factors that drove

22  up the billing as to particular patients, subsets of patients,

23  and to particular insurance companies, Dr. Santeiro falls below

24  that.  And the case that I cited to the Court yesterday, the

25  Stein case, talks about two theories or two bases for loss

1    amounts, and they're based in causation, factual causation and

2    legal causation.

3            And that Court discussed what was called an

4    "intervening event" and, ultimately, it all came down to

5    foreseeability.  And we understand Pinkerton liability.  We

6    understand that foreseeability is imposed on coconspirators for

7    acts that are reasonably foreseeable.

8            If what the jury verdict means -- and I'm not saying it

9    means one thing or the other -- to the extent that you take

10   into account the jury verdict, if what the conviction means is

11   that the jury found Dr. Santeiro guilty of falling asleep at

12   the wheel, then -- and not being there and being absent and not

13   paying close enough attention, then these deliberate acts that

14   were meant to shield unforeseeable details from him should be

15   excluded from the loss amount.

16           THE COURT:  I don't think that's what the jury found.

17           If I thought the jury found that I would have granted

18   relief post-judgment.

19           MR. BEATON:  So to the extent that there's a grave

20   degree of culpability in the Court's eyes, certainly some of

21   that should be eliminated from the loss amount that

22   Dr. Santeiro's going to be held responsible for --

23           THE COURT:  I don't understand that argument.

24           I can understand that the argument you're making might

25   be pertinent to a variance or how I exercise discretion, but in

 1    just calculating loss, I don't understand how those arguments

 2    are relevant to adding up the numbers -- the bean counting --

 3    for the amount of loss.

 4          MR. BEATON:  Because it -- to lump it in I think would

 5    assume that the conduct that was reasonably foreseeable

 6    included significantly more in the way of lies, obfuscation,

 7    patient-brokering, none of which Dr. Santeiro was charged with,

 8    none of which was proven that he was aware of -- or, more

 9    importantly, could have been aware of because there were active

10    steps taken to cut him out.

11          So, again, the Court discounted as to the other

12    defendants by 90 percent, presumably because there were

13    legitimate services and because patient care didn't fall to the

14    fraud based on patient's care, which is the Government's

15    theory, didn't fall to the 100 percent mark, so we're at 10

16    percent.

17          Now, take Dr. Santeiro's culpability, and because of

18    that 10 percent, because of the things that were going on

19    outside of his purview, what can he be held responsible for?

20          Dr. Lieberman is the perfect example.  This Court cut

21    Dr. Lieberman out of the loss amount forward.

22          Well, Dr. Lieberman was the a attending Compass, so if

23    we're going to get particularized in that regard, as a starting

24    point, I would say that Compass should be cut out for --

25          THE COURT:  I think both are responsible at Compass,

1    and I'm comfortable interpreting the loss from Compass to both

2    doctors.

3         MR. BEATON:  That's our argument.

4         THE COURT:  All right.  So I'll go ahead and score, I

5    guess, an 18-level enhancement; is that correct?

6         MS. DE BOER:  That's correct, Your Honor.

7         THE COURT:  The next objection, Ms. Puglisi?

8         MS. VORA-PUGLISI:  Yes, Your Honor.

9         The next objection is with respect to 52, which has to

10   do with special skill, and we would just argue that his special

11   skill didn't significantly facilitate or conceal but are mostly

12   focused on, really, the minimal role argument, which is, I

13   think that now, Judge, if Dr. Santeiro is being held

14   responsible for that 8.3 million dollar mark, it's the same as

15   Jonathan Markovich.

16        I think there's no one who would argue that he is at

17   the same level of culpability as Jonathan Markovich, but yet

18   this is where courts are able --

19        THE COURT:  Didn't I give Jonathan Markovich an

20   enhanced level for his role?

21        MS. DE BOER:  Yes, a plus four, Your Honor.

22        MS. VORA-PUGLISI:  So I think, Judge, though, even

23   still, this is where I think where we need to draw such a

24   larger -- because there is such a large difference between

25   their roles, so it needs to be even less culpable than that 8.3

 1   number.  And the way to do that is by giving him either two to

 2   four levels less.

 3        And specifically, I cited in the commentary, it talks

 4   about, under 1B1.3 for loss that -- even if the loss under

 5   2B1.1, that greatly exceeds the defendant's personal gain from

 6   a fraud offense, or who had limited knowledge of the scope of

 7   the scheme may receive an adjustment under this guideline.

 8        And in this case, we know that Dr. Santeiro made

 9   approximate I think it was $267,000 out of this almost

10   four-year period of time, and so he's being held culpable for

11   8.3 million when, in reality, he made a much lesser number.

12   And I mean you can go to the "or," it's not "and."

13        It says, "or" whose participation in the scheme was

14   limited.  For example, serving as a nominee owner.  I think

15   this is a situation where he was a medical director but he was

16   somewhat an absent medical director, he wasn't there, and we

17   know that he wasn't part of these fraudulent conversations that

18   the other individuals took part in.

19        THE COURT:  Ms. De Boer, what's the Government's

20   position on minor role?

21        MS. DE BOER:  The Government opposes a reduction for

22   minor role and agrees with probation that there should be an

23   enhancement for use of special skill.  That's consistent with

24   the enhancement applied to Dr. Lieberman in his plea agreement,

25   at his sentencing.

1          And here, that's exactly what this type of enhancement
2     was made for.  Here we have a doctor who used his medical
3     license to lend legitimacy to this scheme.  That's the only way
4     these bills can be passed off as legitimate, that's the only
5     way a company like Compass can even become licensed in the
6     State of Florida.
7          And let's leave, you know, Compass aside, just WAR, in
8     the lab billing, you have to have a doctor signing off on the
9     laboratory requisitions, and here Dr. Santeiro signed the
10    standing order that put all of that 19 million dollars of
11    billing just for laboratory testing into motion.
12         There's no Dr. Lieberman participating in that.
13         And so I agree that there's a distinction between what
14    Dr. Lieberman did and what Dr. Santeiro did, but in many ways
15    -- and in some ways Dr. Santeiro's conduct was more expansive
16    than Dr. Lieberman.
17         And Ms. Puglisi is correct, Dr. Santeiro did not know
18    about the kickbacks, neither did Dr. Lieberman.
19         Dr. Santeiro did not make as much money as Jonathan
20    Markovich, neither did Dr. Lieberman, who, in fact, if you
21    factor out his investment, actually made less money than
22    Dr. Santeiro from this.
23         And Dr. Santeiro in many ways had more knowledge than
24    even Dr. Lieberman or other people in the scheme because he saw
25    the same patients at Florida Life and at Future Now.

1        So, for example, he would know that patients tested

2    clean upon discharge from Florida Life, only to be readmitted

3    to detox at Compass when they didn't actually require that, and

4    we presented several examples of that, both in our sentencing

5    memorandum and at trial.

6        THE COURT:  Let me ask you, is it inconsistent to award

7    a minor role and also enhance the special skills?

8        MS. DE BOER:  I would argue that it is in this case,

9    Your Honor.  This is not a minor role.

10       He's the medical director.

11       THE COURT:  Well, I'm just asking, is it a rule of the

12   guidelines that once you impose a special skill that you can't

13   do a minor role?

14       MS. DE BOER:  I think those -- yeah, I've never seen

15   that come up, Your Honor.  I think that those are separate

16   enhancements or, you know, in the case of minor role reduction.

17   So I think, hypothetically, there could be a situation where --

18       THE COURT:  Well, it's kind of like the situation where

19   someone can get acceptance of responsibility and also get an

20   enhancement for obstruction of justice.  You know, sometimes

21   there are things that are contradictory, but they can be

22   allowed under the guidelines, and absent some authority saying

23   that I can't award a minor role if I'm going to find a special

24   skill, then that's what I'm inclined to do is sustain the

25   objection, award a two-level reduction for minor role, overrule

1    the objection to special skill.

2         MR. HAYES:  Understanding that, I think the Court's

3    inclined to do that, so I'm not going to belabor the point,

4    Your Honor.  I would say, Look, there's nothing in the

5    guidelines that expressly says you cannot do that.

6         And there are other instances in the guidelines where

7    it says, for example, you can apply a special skill, along with

8    some other enhancements.  So there are -- it is -- you have the

9    power to do that is what I'm saying.  The guidelines don't

10   prohibit you from it.

11        What we would say is, in this case, the principle of

12   it, if you don't have a medical director, none of this scheme

13   can go forward at all, and that includes everything that

14   Jonathan Markovich did, who no one is going to argue is the

15   most culpable.  In that sense --

16        THE COURT:  It's kind of like the mule cases where

17   someone is bringing in drugs from another country, and under de

18   Boer, I'm supposed to look at the mule get a minor role and the

19   argument often made, without the mule bringing the drugs in the

20   crime wouldn't happen, and I still give them the minor role.

21        MR. HAYES:  I agree, Your Honor, I say that's

22   appreciatively different.  I would say the analogy would

23   actually be without someone creating the cocaine in the first

24   place, there can't be a mule, because it's not simply

25   Dr. Santeiro's just a mule, he has to be a medical director

1    that authorizes everything; not a single insurance claim would

2    have been paid once because no licensing would have happened

3    with the state without a medical director.

4         So he's the sina qua non of this entire conspiracy.

5    That's the way it is.  He knew that in Future Now and Florida

6    Life, to a lesser extent to one of them, so I don't think the

7    analogy holds because, principally, without him, the crime

8    couldn't exist in the first place.  Therefore, the Court has

9    the power to do it, if Congress awards the number of role in

10   his conduct lesser, especially in terms of the kickbacks.

11        We're not saying he isn't Jonathan Markovich, but we

12   think the plus four builds into that.  Jonathan Markovich is

13   plus four now.  Dr. Santeiro is at zero.  We're not asking for

14   an enhanced thing because of his role because he was the

15   medical director -- even though I think principally that we

16   could have -- what we're saying is the four-point difference

17   between Dr. Markovich and Dr. Santeiro, that accounts for the

18   difference the Court is looking at; and to take him two points

19   down for a minor role, we think, given his necessity of this

20   type of scheme, which is special to this type of scheme and

21   this licensing regimen, it just can't happen.

22        That's all I'll say about that, Your Honor, for the

23   Government.

24        THE COURT:  All right, I think you make a good

25   argument.  I think that's a close issue.  I will exercise

1   discretion and award a two-level reduction for minor role,

2   while at the same time overrule the objection to special skill.

3          And Ms. Puglisi, your next argument.

4          MS. VORA-PUGLISI:  Judge, paragraph 53.

5          This again has to do with Dr. Draesel, the

6   chiropractor.  Dr. Santeiro didn't make any referrals, there

7   was no evidence presented at trial to that.

8          THE COURT:  Ms. De Boer?

9          MS. DE BOER:  Yes, the United States did not present

10  evidence at this trial as to the chiropractic claim.

11         THE COURT:  So I'll sustain the objection to 53.

12         MS. VORA-PUGLISI:  Judge, Your Honor already ruled with

13  respect to paragraph 68 on loss amount.

14         Paragraph 69, we would ask the Court to not -- that

15  Dr. Santeiro did not know or should not have known that the

16  victim of the offense was a vulnerable victim.

17         THE COURT:  I'll overrule that objection.

18         MS. VORA-PUGLISI:  And objection to paragraph 70,

19  Your Honor already ruled on that.

20         And with respect to clarification to financial

21  conditions, probation did, in fact, address that in the

22  addendum.  So that would conclude the defense's objections.

23         THE COURT:  So, do we wind up with an offense level 27,

24  criminal history category 1?

25         MS. DE BOER:  Yes, Your Honor.

1      MS. VORA-PUGLISI:  Yes, Your Honor.

2      THE COURT:  The range is 70 to 87 months?

3      MS. DE BOER:  That's correct, Your Honor.

4      MS. VORA-PUGLISI:  Yes, Your Honor.

5      THE COURT:  What's the Government's position on

6  forfeiture?

7      MS. DE BOER:  Your Honor, the Government would base

8  forfeiture based on the defendant's salary from Compass and

9  WAR, which was $267,000 -- $267,041, so -- and I think the

10  Court took 10 percent for Jonathan and Daniel Markovich, so

11  then we would do the same here, just to be consistent.

12      So that would be 2,670.41.

13      THE COURT:  Wouldn't it be 26,000?

14      MS. DE BOER:  26,000, I'm sorry.  $26,704.10.

15      THE COURT:  Any further argument on the forfeiture,

16  Ms. Puglisi?

17      MR. BEATON:  Your Honor, as to forfeiture, the

18  defense's position is twofold.

19      I think, as the Court recalls, with regards to the

20  forfeiture allegations -- and I don't have the indictment at my

21  fingertips -- that amount was specifically not alleged.

22      And number two, Dr. Santeiro's entitled under the rules

23  to a jury determination of forfeiture.

24      THE COURT:  Didn't he waive the forfeiture at the

25  trial?

1    MS. DE BOER:  Yes, Your Honor.  We waived a jury trial

2  because our position is that a jury is not required to impose a

3  forfeiture money judgment.

4    We're not seeking to seize property.

5    THE COURT:  Maybe demonstratively you could do the

6  forfeiture; is that what you were saying?

7    MS. DE BOER:  Well, I think the Court would enter a

8  forfeiture money judgment.

9    MR. HAYES:  That's correct, Your Honor.

10    THE COURT:  Why would I do that if I didn't get the

11  verdict from the jury?

12    MR. HAYES:  If it's a substitute money judgment, Your

13  Honor, which is what this is because we're not seeking a

14  specific asset because, as Mr. Beaton pointed out, it wasn't

15  alleged, so if there is no specific asset alleged in the

16  indictment there is no right to a jury trial, so the Court can

17  do that after a separate forfeiture hearing.  You don't need

18  the jury verdict.  In fact, they're not entitled to it, meaning

19  the jury.

20    THE COURT:  I guess -- my recollection is I asked

21  everybody if we were going to have a separate forfeiture and

22  mini trial with the jury, and the response I got was that it

23  wasn't needed, but I don't know that it was clear to me that it

24  wasn't needed so that you could come back in front of me at

25  sentencing and ask for it, so I'm going to deny the request for

1    forfeiture.

2         What's the Government's position on restitution?

3         MS. DE BOER:  The Government's position is that

4    restitution should be the same as for Jonathan Markovich, so

5    that would put us at 2,122,500.

6         THE COURT:  And what's the defense position on the

7    amount of restitution?

8         MR. BEATON:  Judge, the law is clear that under the

9    Victim's Rights Act that restitution is calculated in parallel

10   with loss, so to the extent the Court has made loss

11   determinations, that's how that calculation would work.

12        THE COURT:  All right.  So that's it on the restitution

13   that I'll order.  I know in the other cases there were private

14   requests for restitution.  Is that being requested today?

15        MS. DE BOER:  I don't believe so, Your Honor.

16        THE COURT:  And is there any legal cause to show why

17   sentence should not be imposed?

18        MS. VORA-PUGLISI:  No, Your Honor.

19        THE COURT:  Anything you want to say, Dr. Santeiro,

20   before I impose sentence?

21        MS. VORA-PUGLISI:  Yes, Judge.  We have his daughter

22   who would like to speak on behalf of the family, that's

23   Dr. Janine Santeiro.

24        THE COURT:  Okay.

25        DR. JANINE SANTEIRO:  Hello, Your Honor.

1    My name is Janine Santeiro.  I am Jose Santeiro's

2  daughter, a practicing dentist in Port Charlotte, Florida, and

3  I'm now mother to a beautiful six-month old baby girl named

4  Sianna.

5    Your Honor, I appreciate your opportunity today to

6  speak on behalf of my family and offer some insight into who my

7  father is.  I will try briefly to summarize how exceptional he

8  is.  I wish with all my heart that you could understand the man

9  that Jose Santeiro is.

10    He's a strong, hard-working, loving, generous and

11  selfless man.  He has been a devoted father, a dutiful son, a

12  loving husband, and a dedicated professional who has spent his

13  life helpings others.  He taught me by example how to live a

14  noble and moral life.

15    As a father, he instilled in us a strong sense of

16  family values.  Our childhood revolved around spending time

17  with family, including grandparents, aunts, uncles, and

18  cousins, many who you see here today.

19    Although we did not live an extravagant lifestyle, my

20  memories are filled with moments of joy, laughter, and

21  happiness.  Simple pleasures were at the beach watching him at

22  spear fishing competitions and family dinners, those were our

23  pastimes.

24    Our unity continues even today.  I am blessed to be

25  able to have him as a father and now as an amazing grandfather.

1        To the two baby girls, my niece and my daughter, they

2    were born 23 hours apart and I am now able to witness how much

3    love he has for them already in just a short time.

4        Nothing would mean more in the world to me having my

5    father present in my baby's life and my niece's life, but

6    personally he supported and encouraged me throughout my own

7    journey to become a medical professional.

8        When I first entered dental school at Tuft's University

9    in Massachusetts my father was also working for the Department

10    of Corrections, and without asking he welcomed me back home

11    with open arms.  And, in fact, I was not able to make my

12    payments for my monthly student loans.  My father willingly and

13    financially helped me so I would not go into default.

14        He has continued to choose family first, even living

15    five doors from his parents during their final years so that he

16    could care for them, as they could no longer care for

17    themselves.  He could have put them in a nursing home and

18    passed off the responsibility onto others.

19        Instead, my hard-working father chose the most caring

20    and empathetic option, living a couple houses down from them so

21    they can enjoy the end of their lives with the utmost dignity

22    and comfort.  He and my mother would visit them multiple times

23    per day, bringing them food, keeping them company, assisting

24    them in their daily needs.

25        Similarly, he took in my maternal grandmother now,

1    five years ago due to her rapidly progressing Alzheimer's

2    disease, to ensure that he and my mother could care for her

3    personally.  Her dementia is so severe now that she cannot

4    recognize us as family.  Caring for her has been a very

5    difficult task, however, he has chosen to give her the best

6    care at home -- not the easiest care, to put her in a facility.

7         But this generosity does not extend to family only.  He

8    When I was 11 years old my father gave me a great example.  He

9    took in a 10-year-old girl named Brittany.  Her mother was a

10   friend of the family and she did not have the means to provide

11   a home for her.

12        My parents, once they were informed of this,

13   immediately took care of Brittany, brought her into our house,

14   placed her in my room and told me, "treat her like your

15   sister."  My parents realized that Brittany had a love for the

16   ocean, and so they nurtured her interests as best as they

17   could.  It had a lasting impression on her, and now she is a

18   marine operations technician for the National Oceanic and

19   Atmospheric Administration.

20        When my parents hadn't heard from her mother private

21   school and even inquired into legally adopting her.  These were

22   not people that would pass by helping a young child or anyone.

23   My father protected Brittany from her circumstances, but

24   fortunately my parents were able to support Brittany's mother

25   and able to get her back on her feet.  We lovingly refer to her

1    as our cousin, despite not having any blood relation to her.

2         Our parents taught us supreme values and lessons by

3    showcasing their own relationship.  We've always been exposed

4    to my parents affections towards each other, even after

5    39 years of marriage, you can see the spark is still there.

6         But there's so much more to their relationship.

7    They're best friends, they're perfect partners for each other,

8    they support each other no matter what.

9         While this legal process brings so much strife to our

10   families, I have seen them overcome this over the adversity by

11   standing strong together.  That's a rarity nowadays, two people

12   who love each other so deeply, who are so loyal and so devoted

13   to each other, they're true soulmates and inseparable.

14        As an adult, I greatly appreciate this bond.  I've

15   emulated it in my own relationship with my husband and so has

16   my brother and his wife.  I am fortunate to share a love for

17   medicine with my father.

18        It's one of the elements that bonds us very closely.

19        I hold my father in high esteem as a medical

20   professional over the years.  I've had firsthand seen, as he's

21   treated patients with genuine care and respect.  He has not

22   only been a good doctor, but also a benevolent doctor.

23        I've watched as my father treated friends and family

24   for free any hour of the day as they beck and called.  I've

25   seen him do likewise for patients who could not afford help or

1   patients that were too uncomfortable or embarrassed to go see a

2   psychiatrist.

3        This is not common practice, as you know, doctors do

4   not do this regularly.  In my own career, I tried to emulate my

5   father in providing pro bono dental care to veterans, the

6   underprivileged and the homeless.  I attribute this wholly to

7   him.  I thank my father for installing these important values

8   of service towards others, and that he has given my career more

9   purpose.

10       My father genuinely cares for people and about people.

11       He gives of himself without question, without asking

12   anything in return.  He even applies his sense of empathy to

13   general business.  My father rents out several residences.

14   These properties are to immigrant families.  Some units he has

15   never raised the price of rent and only recently did he have to

16   raise on a couple of them to the tone of $200.

17       He refuses to raise rent to market value, which is far

18   more than $2,000 per month, but because he worries about how it

19   will impact his renters who live paycheck to paycheck, he will

20   not.

21       Your Honor, my father is one of the humblest persons

22   you could ever meet.  He and my mother do not own fancy

23   clothes, fancy cars, or jewelry.  My father does not chose

24   friends based on material wealth or what kind of favors they

25   may offer him.  No, in fact, he loves fishing and most of the

1   people he spends time with are the salt of the earth,

2   blue-collar workers and fishermen.

3          Many of them immigrants, he does not ask or care what

4   they do for a living.  He enjoys their company.  He knows

5   they're good people and they share pastimes.  He judges people

6   by who they are and their character solely.

7          My father has been a shining example of a man grounded

8   in faith and backed by his religious beliefs.  My parents have

9   been regulars at church throughout our lives.  They participate

10  in Bible studies and have provided my brother and I with a

11  solid foundation, always choosing right over wrong, no

12  questions asked.

13         Now, as a parent myself, I can only strive to uphold a

14  fraction of what he is, and I would like to do so for my baby

15  girl as well.  I understand that the jury found my father

16  guilty.  I do not contest this.  But nothing about this process

17  will ever change my opinion of him and how great of a man he

18  is.  I look up to him.  I respect him.  I will consider myself

19  successful if I could live a life as he has, because I've seen

20  firsthand how he has helped so many people and changed their

21  lives for the better.

22         I pray that Your Honor can understand more than the

23  numbers on the sentencing guidelines.  I hope that Your Honor

24  can see my father for who he is, even under these difficult

25  circumstances.  While my father has been found guilty of a

1    crime he's no criminal and society is a much better place with

2    him.

3            Your Honor, I'd like to thank you again today for

4    allowing me the opportunity to tell you just how special my dad

5    is.  Thank you, and thank you, Court.

6            THE COURT:  I appreciate you being here today.

7            DR. JANINE SANTEIRO:  Thank you, sir.

8            MS. VORA-PUGLISI:  Judge, as you saw from my pleadings,

9    I'm asking for home confinement, and I know that's a big ask.

10   In fact, in over 20 years I've never asked for home confinement

11   after losing in a jury trial.

12           And while I don't agree with the decision of the jury,

13   I do respect it, because I respect the system of justice that

14   we have in this country, it is our foundation.

15           But Your Honor has the ability -- you have the power to

16   be able to fashion a sentence that is just and fair; and after

17   considering the guidelines, it is just one thing that you have

18   to consider, and there are other factors, as the Court knows,

19   but two of those factors I think are important in this case,

20   and it is what deems a substantial variance sufficient.

21           The first is the history and characteristics, and you

22   saw from all the letters that were filed, you can see the type

23   of person that Dr. Santeiro is.  He is a giving person.  He's a

24   simple person.  He would rather be hunting and fishing and, in

25   fact, I will just point out, Your Honor, he is an avid hunter,

 1    he's loved to travel, and this conviction will preclude him

 2    from doing that in the future, something that he greatly loves

 3    to do.

 4          He wrote a letter to the Court -- and again, I will

 5    tell you, I have never actually presented a letter that my

 6    client had written after a sentencing.  I didn't ask him to

 7    write that letter, in fact, he gave it to me -- and it's a long

 8    letter, I read the whole thing and I thought, wow, you know,

 9    just to be able to see the kind of life he's led, I felt really

10    showed the type of person he was, but he still doesn't like to

11    talk about himself and the things that he does.

12          It was not until I was able to receive those letters

13    that I saw who he really is, which is not the greedy individual

14    that the Government has painted.  I think they said in their

15    memo, this greed and indifference to human suffering drives

16    these schemes.

17          Jose is not a greedy individual.  As you see, he made

18    over $300,000 in the Department of Corrections, a job that --

19    you know, Your Honor was in the state court system, you

20    understand having been a public defender and practicing in the

21    state court system, the defendants that go to prison are not

22    the same type of defendants you get in the federal system, and

23    oftentimes they're mentally ill, sometimes severely mentally

24    ill, and to have a job where you are treating these

25    individuals, you know, it's a tough job and it takes a toll on

1   you, but he could have made more money in private practice, but

2   he choose to work in a public sector for many years.

3          And then after that when he came -- he could have

4   earned more money being a medical director, but he didn't ask

5   for more.  He didn't once ask for a raise.  He was happy with

6   making less than $300,000 in about four years, and even with

7   the other facilities he was a medical director.

8          We heard about how he's donated money anonymously to

9   people, how he's taken people in his home, how he's taken care

10  of his parents and his mother-in-law, and especially how he

11  helps the people who rent his properties by not increasing the

12  rent when he could.  Those are not actions or characteristics

13  of a greedy individual.

14         Secondly, Judge, the facts and circumstances of the

15  case, I will not belabor them because Your Honor sat through a

16  trial and heard them all, but I find it shocking to me that we

17  heard not one witness testify that they were part of

18  conversations where he knew what was going on at this place,

19  that he was part of this fraud scheme, that he understood it.

20         They didn't even have evidence that he actually gave

21  his credentials over, so, you know, I would ask the Court to

22  take all of these things into consideration and fashion a

23  sentence that is just and fair; and again, I know I'm asking

24  for a lot, but I do believe when you look at the sentences

25  given to the other individuals based on their circumstance, a

1    sentence of home confinement is just and fair.

2         THE COURT:  Anything you want to say, Dr. Santeiro?

3         THE DEFENDANT:  Hi, Your Honor.  You know, I'm 62 years

4    old, been married for 40 years, never been in trouble in my

5    life, and I'm no danger to society.  I'm no risk to anybody.

6         I worked since I was 14 years old, and I mean the

7    people I work for got rich while I was getting paid less than

8    the counselors and the nurses and, nonetheless, I was found

9    guilty.  I have no money to continue fighting this, so I ask

10   for mercy on the sentencing phase.  Thank you.

11        THE COURT:  What's the Government's position?

12        Ms. De Boer:  Thank you, Your Honor.

13        The Government is not going to belabor all of the facts

14   that the Court has heard for many weeks in the course of two

15   different trials and over the course of significant briefing on

16   multiple subsequent motions in this case.

17        So the Court is faced with the challenging decision of

18   balancing the severity of the crime that the defendant did, in

19   fact, commit with what the defendant didn't do and what the

20   evidence showed the defendant was not involved in; and the

21   Government readily admits that this defendant was not involved

22   in every aspect of this scheme, and that he is not as culpable

23   as some others in this scheme.

24        That said, he is one of these people who make this

25   scheme possible, and without folks like the defendant, without

1   doctors with these type of specialties willing to put their

2   licenses on these business, willing to sign off on fraudulent

3   treatment that is billed for millions and millions of dollars,

4   these schemes don't happen.

5        And it's not just about the money that was stolen.

6   It's about the lives that are ruined when treatment is

7   fraudulent or not even rendered, as in the case of some of the

8   treatments that the Government presented in this case.

9        I'm not going to go in-depth in the facts because the

10   Court knows the facts as well as anybody in this room.  The

11   guideline calculation fairly counts for both the severity of

12   the crime and for what the defendant did not do.  The

13   substantial reduction in loss, the reduction for minor role,

14   and he is the only defendant to receive this -- even Elon

15   Brashey (phonetic), the patient recruiter, who was also a

16   patient, who was a victim of Dr. Santeiro, didn't get the

17   reduction in his case, and I realize that was in front of a

18   different court, but that wasn't in Mario Kustura's agreement

19   either.

20        So that reduction -- 90 percent reduction and loss

21   fairly accounts for this defendant's role in this scheme,

22   therefore, the Government would recommend a sentence at the low

23   end of the guidelines, which is 70 months in this case.  That's

24   a further reduction, 17 months off the top end of the

25   guidelines, which accounts for any other factors that might

1    weigh in favor of a lower sentence in this case.

2         The Government reminds the Court, as the Court knows,

3    that it was not just Compass and WAR, it was also Florida Life

4    and Future Now.  Without a doctor willing to sell his license

5    across this district, these types of schemes, the Florida

6    shuffle simply does not exist, and the Court ought to fashion a

7    sentence that not only deals with the facts and circumstances

8    of this case but also deters other professionals, other doctors

9    from engaging in further schemes that deplete healthcare

10   resources and ruin the lives of patients seeking addiction

11   treatment.  Thank you, Your Honor.

12        THE COURT:  Anything further before I impose sentence?

13        MR. BEATON:  Just very briefly, Your Honor.

14        So one of the factors that the Court has to consider is

15   it knows the history and characteristics of the defendant, and

16   Judge Rakoff from the Southern District of New York very

17   eloquently said that if a man is ever to receive credit for the

18   good that he's done in his life against immediate misconduct,

19   it is no more appropriate a time than at his sentencing when

20   his life hangs in the balance.

21        And in this case, as the Government has said, he set

22   some things into motion that he has to now live with as a

23   convicted felon, who was convicted by the jury.  But the other

24   things he set in motion are behind us.  They're a dentist and a

25   mother and a little girl that he took in and all the other

1    things he did.

2          So I ask that in weighing the conviction and the

3    misconduct here that the Court consider the other things that

4    this man set into motion.

5          THE COURT:  All right.  Having considering the

6    sentencing guidelines, having considered the facts in 18

7    United States Code, Section 3553(a), it's up to the Court to

8    determine what a reasonable and sufficient sentence is.

9          And I find that Dr. Santeiro has a low chance of

10   recidivism, I think that's a mitigating circumstance.

11         He's been charitable in his life, I think that's a

12   mitigating circumstance.

13         The Court takes into account the sentences that were

14   imposed on the other defendants in the case.  It considers

15   similarly situated other cases so that the Court will try to

16   insure that it imposes a sentence that is not disparate with

17   other sentences.

18         The Court gives great weight to family and community

19   support that Dr. Santeiro has.

20         But the Court also agrees with the Government that but

21   for a doctor utilizing his license these types of facilities

22   wouldn't be possible.  And I've been sentencing doctors for a

23   long time, whether it was the pill mills that the doctors were

24   allowing their license to be used to, basically, push drugs on

25   drug addicts coming from Kentucky and all over the country, or

1  other fraudulent facilities, it seems that doctors sometimes

2  are susceptible to the temptation of allowing other individuals

3  to utilize their name and their license to commit pecuniary

4  gain, and I think that's what Dr. Santeiro did in this case,

5  and the Court needs to impose a sentence that promotes respect

6  for the law, acts as a deterrent, and home confinement, it

7  doesn't satisfy those goals.

8        So when I weigh the aggravating and mitigating

9  circumstances, it's up to the Court to determine what a fair

10  and just sentence is.

11       It will be the judgment of Court and sentence of law

12  that Dr. Santeiro be sentenced to 54 months in prison, on all

13  nine counts to run concurrent.

14       Upon his release from prison, I place him on three

15  years of supervised release, on all nine counts to run

16  concurrent.

17       While on supervised release he shall not commit any

18  crimes; he shall be prohibited from possessing a firearm, or

19  other dangerous device; he shall not possess any controlled

20  substances; he shall comply with the standard conditions of

21  supervised release, including the special condition that he pay

22  $2,122,500 joint and several liability restitution.

23       I find that he is able a pay a fine.  I impose a

24  $25,000 fine and a $900 special assessment and know that -- and

25  order that any unpaid restitution, fine, or special assessment

1    be paid during the period of the supervised release.

2          If he works in a Unicore job while in prison,

3    50 percent of his wages earned must go towards his financial

4    obligations.  If he doesn't work in a Unicore job, then he must

5    pay $25 per quarter towards his financial obligations.

6          Upon his release from prison, I order that he pay 10

7    percent of his monthly gross earnings towards his financial

8    obligations, unless and until the Court may alter that payment

9    schedule.

10          While on supervised release I order that he provide

11   complete access to his financial information to his probation

12   officer.  I order that he do not apply or solicit or to incur

13   any further debt without first obtaining written permission

14   from his probation officer.

15          I order that he not own, operate, or act as a

16   consultant or be employed in any manner in any healthcare

17   industry without prior approval from the Court.

18          I order that upon request that he relinquish any

19   medical license that he has.

20          I order that he obtain prior written approval from the

21   Court before entering into any self-employment.

22          Dr. Santeiro, it's my duty to inform you that you have

23   14 days within which to appeal the judgment and the sentence of

24   this Court.  Should you desire to appeal and be without funds

25   with which to prosecute an appeal an attorney will be appointed

1    to represent you in connection with that appeal.

2              Should you fail to appeal within that 14-day period,

3    it will constitute a waiver of your right to appeal.

4              Also, it's my duty to elicit from counsel for all

5    parties fully articulated objections to the Court's findings of

6    fact and conclusions of law that's announced at the sentencing

7    hearing, and further elicit any objections any party parties

8    may have to the manner in which the sentence was imposed in

9    this case.

10             Are there any objections from the Government?

11             MS. DE BOER:  No, Your Honor.

12             THE COURT:  Ms. Puglisi?

13             MS. VORA-PUGLISI:  Judge, we would just object to the

14   Court's denial of our objections and as to any motions that

15   were previously filed.

16             THE COURT:  All right.  My rulings will be the same.

17             The Marshal will execute the sentence of the Court.

18   You'll need to go with the Marshal now.

19             Good luck to you, Dr. Santeiro.

20             MS. VORA-PUGLISI:  Judge, can we do a recommendation

21   that he serve his sentence at Pensacola Camp?

22             THE COURT:  I will recommend the Pensacola Camp,

23   realizing that recommendation is persuasive, not controlling,

24   on the Bureau of Prisons, but I make it for whatever it's

25   worth.

1        Good luck to you, Dr. Santeiro, and I appreciate

2   everybody being here today, and we'll be in recess.

3        MR. HAYES:  Thank you, Your Honor.

4        COURTROOM DEPUTY:  All rise.

5        (Proceedings concluded at 2:15 p.m.)

12              C E R T I F I C A T E

13        I hereby certify that the foregoing is an

14   accurate transcription of the

15   proceedings in the above-entitled matter.

17   October 13th, 2023

18                    S/Glenda M. Powers

20                    GLENDA M. POWERS, RPR, CRR, FPR
                     United States District Court
21                    400 North Miami Avenue
                     Miami, Florida  33128
                     glenda_powers@flsd.uscourts.gov

## $

**$2,000** [1] - 29:18
**$2,122,500** [1] - 38:22
**$200** [1] - 29:16
**$25** [1] - 39:5
**$25,000** [1] - 38:24
**$26,704.10** [1] - 22:14
**$267,000** [2] - 16:9, 22:9
**$267,041** [1] - 22:9
**$300,000** [2] - 32:18, 33:6
**$900** [1] - 38:24

## 0

**0.0.0.O** [1] - 7:22
**0:21-CR-60020-WPD-5** [1] - 1:2

## 1

**1** [3] - 1:10, 2:4, 21:24
**10** [7] - 10:2, 10:4, 12:7, 14:15, 14:18, 22:10, 39:6
**10-year-old** [1] - 27:9
**100** [1] - 14:15
**11** [1] - 27:8
**1134** [1] - 7:14
**12020** [1] - 1:23
**12925** [1] - 2:7
**132** [1] - 2:7
**1325-C** [1] - 7:14
**1379** [1] - 7:14
**13th** [1] - 41:17
**14** [2] - 34:6, 39:23
**14-day** [1] - 40:2
**1400** [1] - 1:20
**15** [2] - 4:25, 5:8
**167** [1] - 7:15
**17** [1] - 35:24
**18** [2] - 5:19, 37:6
**18-level** [1] - 15:5
**19** [2] - 6:12, 17:10
**1:15** [2] - 1:8, 1:8
**1:19** [2] - 6:15
**1B1.3** [1] - 16:4

## 2

**2,122,500** [1] - 24:5
**2,670.41** [1] - 22:12
**20** [2] - 6:19, 31:10
**20005** [1] - 1:21
**2023** [2] - 1:6, 41:17
**21** [1] - 7:3
**21-CR-60020** [1] - 3:6
**22** [2] - 7:19, 11:10

**23** [3] - 8:3, 8:18, 26:2
**24** [1] - 8:19
**26,000** [2] - 22:13, 22:14
**27** [1] - 21:23
**2:15** [2] - 1:8, 41:5
**2B1.1** [1] - 16:5

## 3

**3.5** [2] - 9:21, 11:22
**30** [1] - 12:14
**33025** [1] - 1:24
**33128** [3] - 2:4, 2:16, 41:21
**33186** [1] - 2:8
**3553(a** [1] - 37:7
**39** [1] - 28:5
**3rd** [1] - 2:4

## 4

**4** [1] - 2:7
**40** [2] - 2:4, 34:4
**400** [2] - 2:15, 41:20
**41** [1] - 8:25

## 5

**50** [2] - 1:10, 39:3
**52** [1] - 15:9
**53** [2] - 21:4, 21:11
**54** [1] - 38:12
**57.88** [1] - 11:11

## 6

**62** [1] - 34:3
**68** [1] - 21:13
**69** [1] - 21:14

## 7

**7** [1] - 1:6
**70** [3] - 21:18, 22:2, 35:23

## 8

**8.3** [5] - 9:24, 10:3, 15:14, 15:25, 16:11
**83** [1] - 10:2
**87** [1] - 22:2
**8th** [1] - 1:20

## 9

**9.5** [2] - 9:21, 11:23
**90** [3] - 11:25, 14:12, 35:20

## A

**ability** [1] - 31:15
**able** [1] - 7:22, 15:18, 25:25, 26:2, 26:11, 27:24, 27:25, 31:16, 32:9, 32:12, 38:23
**above-entitled** [1] - 41:15
**absent** [3] - 13:12, 16:16, 18:22
**acceptance** [1] - 18:19
**access** [1] - 39:11
**account** [2] - 13:10, 37:13
**accounts** [2] - 20:17, 35:21, 35:25
**accurate** [1] - 41:14
**Act** [1] - 24:9
**act** [1] - 39:15
**actions** [1] - 33:12
**active** [1] - 14:9
**actively** [1] - 12:8
**acts** [3] - 13:7, 13:13, 38:6
**add** [2] - 11:10, 11:11
**added** [1] - 8:9
**addendum** [1] - 21:22
**addiction** [1] - 36:10
**addicts** [1] - 37:25
**adding** [2] - 11:13, 14:2
**addition** [1] - 7:15
**address** [3] - 7:22, 11:19, 21:21
**adjudicated** [1] - 4:3
**adjustment** [1] - 16:7
**administered** [2] - 5:22
**Administration** [1] - 27:19
**admits** [1] - 34:21
**admitted** [1] - 12:8
**adopting** [1] - 27:21
**adult** [1] - 28:14
**adversity** [1] - 28:10
**affections** [1] - 28:4
**afford** [1] - 28:25
**afternoon** [2] - 3:9, 3:12
**aggravating** [1] - 38:8
**ago** [1] - 27:1
**agree** [4] - 4:20, 17:13, 19:21, 31:12
**agreed** [1] - 10:12
**agreement** [2] - 16:24, 35:18
**agrees** [2] - 16:22, 37:20

**ahead** [1] - 15:4
**allegation** [1] - 6:3
**allegations** [1] - 22:20
**alleged** [2] - 22:21, 23:15
**allowed** [1] - 18:22
**allowing** [3] - 31:4, 37:24, 38:2
**almost** [1] - 16:9
**alter** [1] - 39:8
**Alzheimer's** [1] - 27:1
**amazing** [1] - 25:25
**AMERICA** [1] - 1:4
**America** [1] - 3:7
**amount** [15] - 9:2, 9:7, 10:1, 11:10, 11:12, 11:25, 12:2, 13:15, 13:21, 14:3, 14:21, 21:13, 22:21, 24:7
**amounts** [1] - 13:1
**analogy** [2] - 19:22, 20:7
**ANDREA** [1] - 1:22
**Andrea** [1] - 3:10
**anesthesiologist** [1] - 12:13
**announce** [1] - 3:8
**announced** [1] - 40:6
**anonymously** [1] - 33:8
**apart** [1] - 26:2
**appeal** [6] - 39:23, 39:24, 39:25, 40:1, 40:2, 40:3
**appearances** [1] - 3:8
**APPEARANCES** [2] - 1:16, 2:1
**applied** [2] - 9:12, 16:24
**applies** [1] - 29:12
**apply** [2] - 19:7, 39:12
**appointed** [1] - 39:25
**appreciate** [4] - 25:5, 28:14, 31:6, 41:1
**appreciatively** [1] - 19:22
**appropriate** [1] - 36:19
**approval** [2] - 39:17, 39:20
**approximate** [1] - 16:9
**argue** [6] - 6:22, 8:20, 15:10, 15:16, 18:8, 19:14
**argument** [9] - 9:3, 13:23, 13:24, 15:3, 15:12, 19:19, 20:25, 21:3, 22:15
**arguments** [1] - 14:1
**arms** [1] - 26:11

**arrangements** [1] - 12:10
**articulated** [1] - 40:5
**aside** [1] - 17:7
**asleep** [1] - 13:11
**aspect** [1] - 34:22
**assessment** [2] - 38:24, 38:25
**asset** [2] - 23:14, 23:15
**assisting** [1] - 26:23
**associated** [1] - 8:12
**assume** [1] - 14:5
**Atmospheric** [1] - 27:19
**attending** [2] - 6:24, 14:22
**attention** [1] - 13:13
**attorney** [1] - 39:25
**attribute** [1] - 29:6
**audits** [1] - 7:13
**aunts** [1] - 25:17
**AUSA** [2] - 1:18, 1:18
**authority** [1] - 18:22
**authorized** [1] - 11:8
**authorizes** [1] - 20:1
**auto** [1] - 7:24
**auto-generated** [1] - 7:24
**Avenue** [3] - 1:20, 2:15, 41:20
**avid** [1] - 31:25
**award** [4] - 18:6, 18:23, 18:25, 21:1
**awards** [1] - 20:9
**aware** [2] - 14:8, 14:9

## B

**baby** [3] - 25:3, 26:1, 30:14
**baby's** [1] - 26:5
**backed** [1] - 30:8
**backwards** [1] - 9:20
**balance** [1] - 36:20
**balancing** [1] - 34:18
**band** [3] - 9:20, 10:5, 10:17
**base** [1] - 22:7
**based** [8] - 12:2, 12:5, 13:1, 14:14, 22:8, 29:24, 33:25
**bases** [1] - 12:25
**basis** [1] - 9:15
**beach** [1] - 25:21
**bean** [1] - 14:2
**BEATON** [9] - 2:6, 11:19, 11:22, 13:19, 14:4, 15:3, 22:17, 24:8, 36:13

**Beaton** [7] - 2:6, 3:15, 6:15, 6:17, 9:3, 11:18, 23:14
**beautiful** [1] - 25:3
**beck** [1] - 28:24
**become** [2] - 17:5, 26:7
**BEFORE** [1] - 1:14
**behalf** [3] - 3:13, 24:22, 25:6
**behind** [3] - 3:16, 12:9, 36:24
**belabor** [3] - 19:3, 33:15, 34:13
**beliefs** [1] - 30:8
**below** [2] - 10:17, 12:23
**benefit** [4] - 5:11, 5:13, 5:16
**benevolent** [1] - 28:22
**best** [4] - 12:14, 27:5, 27:16, 28:7
**better** [2] - 30:21, 31:1
**between** [5] - 11:15, 11:22, 15:24, 17:13, 20:17
**Bible** [1] - 30:10
**big** [1] - 31:9
**bill** [3] - 10:7, 10:8, 12:4
**billed** [3] - 8:23, 9:13, 35:3
**billing** [3] - 12:22, 17:8, 17:11
**billings** [2] - 7:17, 10:9
**bills** [2] - 8:22, 17:4
**blessed** [1] - 25:24
**blood** [1] - 28:1
**blue** [1] - 30:2
**blue-collar** [1] - 30:2
**BOER** [23] - 1:18, 3:9, 4:8, 4:16, 7:11, 8:16, 9:10, 11:17, 15:6, 15:21, 16:21, 18:8, 18:14, 21:9, 21:25, 22:3, 22:7, 22:14, 23:1, 23:7, 24:3, 24:15, 40:11
**Boer** [8] - 3:10, 4:7, 7:10, 8:14, 16:19, 19:18, 21:8, 34:12
**bond** [1] - 28:14
**Bond** [1] - 1:20
**bonds** [1] - 28:18
**bono** [1] - 29:5
**born** [1] - 26:2
**Brashey** [1] - 35:15
**Brief** [1] - 6:21
**briefed** [1] - 10:24

**briefing** [2] - 11:23, 34:15
**briefly** [2] - 25:7, 36:13
**bringing** [3] - 19:17, 19:19, 26:23
**brings** [1] - 28:9
**Brittany** [4] - 27:9, 27:13, 27:15, 27:23
**Brittany's** [1] - 27:24
**brokering** [1] - 14:7
**brother** [2] - 28:16, 30:10
**brought** [1] - 27:13
**Building** [1] - 1:20
**builds** [1] - 20:12
**buprenorphine** [1] - 6:13
**burden** [1] - 5:5
**Bureau** [1] - 40:24
**business** [2] - 29:13, 35:2
**BY** [1] - 2:14

**C**

**calculated** [4] - 9:19, 9:20, 9:22, 24:9
**calculating** [3] - 9:11, 10:22, 14:1
**calculation** [3] - 9:4, 24:11, 35:11
**Camp** [2] - 40:21, 40:22
**cannot** [2] - 19:5, 27:3
**Carames** [1] - 3:13
**CARAMES** [1] - 2:3
**care** [12] - 14:13, 14:14, 26:16, 27:2, 27:6, 27:13, 28:21, 29:5, 30:3, 33:9
**career** [2] - 29:4, 29:8
**cares** [1] - 29:10
**caring** [2] - 26:19, 27:4
**cars** [1] - 29:23
**case** [29] - 5:6, 6:1, 6:5, 6:14, 8:7, 9:12, 10:4, 10:11, 10:23, 11:2, 12:24, 12:25, 16:8, 18:8, 18:16, 19:11, 31:19, 33:15, 34:16, 35:7, 35:8, 35:17, 35:23, 36:1, 36:8, 36:21, 37:14, 38:4, 40:9
**Case** [1] - 3:6
**CASE** [1] - 1:2
**cases** [4] - 9:9, 19:16, 24:13, 37:15

**category** [1] - 21:24
**causation** [3] - 13:1, 13:2
**caused** [3] - 5:21, 5:22, 7:6
**causing** [1] - 5:10
**central** [1] - 10:21
**CEO** [1] - 4:18
**certainly** [1] - 13:20
**certify** [1] - 41:13
**challenging** [1] - 34:17
**chance** [1] - 37:9
**change** [1] - 30:17
**changed** [1] - 30:20
**character** [1] - 30:6
**characteristics** [3] - 31:21, 33:12, 36:15
**charge** [1] - 6:6
**charged** [1] - 14:7
**charitable** [1] - 37:11
**Charlotte** [1] - 25:2
**charts** [1] - 7:12
**chief** [1] - 6:6
**child** [1] - 27:22
**childhood** [1] - 25:16
**chiropractic** [3] - 8:7, 8:13, 21:10
**chiropractor** [2] - 8:5, 21:6
**choose** [2] - 26:14, 33:2
**choosing** [1] - 30:11
**chose** [2] - 26:19, 29:23
**chosen** [1] - 27:5
**church** [1] - 30:9
**circumstance** [3] - 33:25, 37:10, 37:12
**circumstances** [5] - 27:23, 30:25, 33:14, 36:7, 38:9
**cited** [2] - 12:24, 16:3
**claim** [2] - 20:1, 21:10
**claims** [3] - 5:11, 5:13, 8:21
**clarification** [1] - 21:20
**clean** [1] - 18:2
**clear** [3] - 12:18, 23:23, 24:8
**client** [1] - 32:6
**close** [2] - 13:13, 20:25
**closely** [1] - 28:18
**clothes** [1] - 29:23
**cocaine** [1] - 19:23
**coconspirators** [1] - 13:6

**Code** [1] - 37:7
**codefendant** [1] - 9:8
**codefendants** [2] - 8:10, 11:24
**coincides** [1] - 9:1
**collar** [1] - 30:2
**combinations** [1] - 5:24
**comfort** [2] - 6:7, 26:22
**comfortable** [2] - 11:13, 15:1
**coming** [1] - 37:25
**commentary** [1] - 16:3
**commit** [4] - 3:25, 34:19, 38:3, 38:17
**common** [1] - 29:3
**community** [2] - 12:13, 37:18
**companies** [2] - 9:14, 12:23
**company** [3] - 17:5, 26:23, 30:4
**Compass** [16] - 4:18, 6:7, 6:25, 9:14, 10:8, 10:19, 11:2, 14:22, 14:24, 14:25, 15:1, 17:5, 17:7, 18:3, 22:8, 36:3
**competitions** [1] - 25:22
**complete** [1] - 39:11
**comply** [1] - 38:20
**conceal** [1] - 15:11
**concealing** [2] - 5:12, 5:14
**conclude** [1] - 21:22
**concluded** [1] - 41:5
**conclusions** [1] - 40:6
**concurrent** [2] - 38:13, 38:16
**condition** [1] - 38:21
**conditions** [2] - 21:21, 38:20
**conduct** [3] - 14:5, 17:15, 20:10
**confinement** [4] - 31:9, 31:10, 34:1, 38:6
**Congress** [1] - 20:9
**connection** [1] - 40:1
**consider** [4] - 30:18, 31:18, 36:14, 37:3
**consideration** [1] - 33:22
**considered** [1] - 37:6
**considering** [2] - 31:17, 37:5
**considers** [1] - 37:14
**consistent** [3] - 9:8,

16:23, 22:11
**conspiracy** [3] - 3:25, 5:17, 20:4
**conspired** [1] - 5:9
**constitute** [1] - 40:3
**consultant** [1] - 39:16
**contest** [1] - 30:16
**continue** [1] - 34:9
**CONTINUED** [1] - 2:1
**continued** [1] - 26:14
**continues** [1] - 25:24
**contradictory** [1] - 18:21
**controlled** [1] - 38:19
**controlling** [1] - 40:23
**conversation** [1] - 12:17
**conversations** [2] - 16:17, 33:18
**convicted** [3] - 7:16, 36:23
**conviction** [3] - 13:10, 32:1, 37:2
**correct** [8] - 4:17, 11:16, 11:17, 15:5, 15:6, 17:17, 22:3, 23:9
**Corrections** [2] - 26:10, 32:18
**counsel** [3] - 3:8, 4:6, 40:4
**counselors** [1] - 34:8
**count** [1] - 10:13
**counter** [1] - 5:23
**counting** [1] - 14:2
**country** [3] - 19:17, 31:14, 37:25
**counts** [6] - 4:1, 4:2, 7:16, 35:11, 38:13, 38:15
**couple** [3] - 3:16, 26:20, 29:16
**course** [3] - 34:14, 34:15
**COURT** [62] - 1:1, 3:5, 3:17, 3:21, 3:24, 4:9, 4:11, 4:14, 4:21, 5:1, 5:18, 6:11, 6:17, 7:2, 7:10, 7:18, 8:2, 8:14, 8:18, 8:24, 9:5, 9:7, 11:13, 11:18, 11:21, 13:16, 13:23, 14:25, 15:4, 15:7, 15:19, 16:19, 18:6, 18:11, 18:18, 19:16, 20:24, 21:8, 21:11, 21:17, 21:23, 22:2, 22:5, 22:13, 22:15, 22:24, 23:5, 23:10, 23:20, 24:6, 24:12, 24:16,

24:19, 24:24, 31:6,
34:2, 34:11, 36:12,
37:5, 40:12, 40:16,
40:22
**court** [3] - 32:19,
32:21, 35:18
**Court** [53] - 2:14, 2:15,
3:1, 3:3, 3:25, 4:18,
5:2, 9:20, 9:22, 9:23,
10:16, 11:1, 11:19,
11:24, 12:1, 12:24,
13:3, 14:11, 14:20,
20:8, 20:18, 21:14,
22:10, 22:19, 23:7,
23:16, 24:10, 31:5,
31:18, 32:4, 33:21,
34:14, 34:17, 35:10,
36:2, 36:6, 36:14,
37:3, 37:7, 37:13,
37:15, 37:18, 37:20,
38:5, 38:9, 38:11,
39:8, 39:17, 39:21,
39:24, 40:17, 41:20
**Court's** [4] - 13:20,
19:2, 40:5, 40:14
**courtroom** [1] - 6:15
**COURTROOM** [3] -
3:2, 3:6, 41:4
**courts** [1] - 15:18
**cousin** [1] - 28:1
**cousins** [1] - 25:18
**created** [2] - 7:5, 7:6
**creating** [1] - 19:23
**credentialed** [1] -
12:13
**credentials** [1] - 33:21
**credit** [1] - 36:17
**crime** [5] - 19:20,
20:7, 31:1, 34:18,
35:12
**crimes** [1] - 38:18
**Criminal** [1] - 1:19
**criminal** [2] - 21:24,
31:1
**CRR** [2] - 2:14, 41:19
**culpability** [3] - 13:20,
14:17, 15:17
**culpable** [5] - 11:24,
15:25, 16:10, 19:15,
34:22
**cut** [3] - 14:10, 14:20,
14:24

## D

**D.C** [1] - 1:21
**dad** [1] - 31:4
**daily** [1] - 26:24
**danger** [1] - 34:5
**dangerous** [1] - 38:19

**Daniel** [2] - 10:17,
22:10
**daughter** [3] - 24:21,
25:2, 26:1
**days** [1] - 39:23
**de** [8] - 3:10, 4:7, 7:10,
8:14, 16:19, 19:17,
21:8, 34:12
**DE** [23] - 1:18, 3:9, 4:8,
4:16, 7:11, 8:16,
9:10, 11:17, 15:6,
15:21, 16:21, 18:8,
18:14, 21:9, 21:25,
22:3, 22:7, 22:14,
23:1, 23:7, 24:3,
24:15, 40:11
**deals** [1] - 36:7
**debt** [1] - 39:13
**decision** [3] - 5:6,
31:12, 34:17
**dedicated** [1] - 25:12
**deems** [1] - 31:20
**deeply** [1] - 28:12
**default** [1] - 26:13
**defendant** [9] - 7:16,
34:18, 34:19, 34:20,
34:21, 34:25, 35:12,
35:14, 36:15
**DEFENDANT** [4] - 1:8,
2:2, 4:13, 34:3
**defendant's** [3] - 16:5,
22:8, 35:21
**defendants** [4] -
14:12, 32:21, 32:22,
37:14
**defender** [1] - 32:20
**defense** [2] - 4:16,
24:6
**defense's** [2] - 21:22,
22:18
**deferred** [1] - 4:3
**degree** [1] - 13:20
**deliberate** [1] - 13:13
**dementia** [1] - 27:3
**demonstratively** [1] -
23:5
**denial** [1] - 40:14
**dental** [2] - 26:8, 29:5
**dentist** [2] - 25:2,
36:24
**deny** [3] - 5:21, 6:13,
23:25
**denying** [2] - 3:21, 5:9
**Department** [4] - 1:19,
1:23, 26:9, 32:18
**deplete** [1] - 36:9
**depth** [1] - 35:9
**DEPUTY** [3] - 3:2, 3:6,
41:4
**desire** [1] - 39:24

**despite** [1] - 28:1
**details** [1] - 13:14
**determination** [1] -
22:23
**determinations** [1] -
24:11
**determine** [2] - 37:8,
38:9
**deterrent** [1] - 38:6
**deters** [1] - 36:8
**Detox** [3] - 6:7, 6:25,
11:4
**detox** [1] - 18:3
**device** [1] - 38:19
**devoted** [2] - 25:11,
28:12
**DIANNE** [1] - 2:3
**Dianne** [1] - 3:13
**differed** [1] - 6:9
**difference** [3] - 15:24,
20:16, 20:18
**different** [3] - 19:22,
34:15, 35:18
**differently** [1] - 7:9
**differing** [2] - 6:2, 6:14
**difficult** [2] - 27:5,
30:24
**dignity** [1] - 26:21
**DIMITROULEAS** [1] -
1:14
**dimitrouleas** [1] - 3:4
**dinners** [1] - 25:22
**director** [11] - 4:19,
9:15, 16:15, 16:16,
18:10, 19:12, 19:25,
20:3, 20:15, 33:4,
33:7
**discharge** [1] - 18:2
**discounted** [2] -
11:24, 14:11
**discretion** [2] - 13:25,
21:1
**discussed** [3] - 4:12,
10:4, 13:3
**disease** [1] - 27:2
**disparate** [1] - 37:16
**distinction** [1] - 17:13
**District** [5] - 2:15, 3:3,
36:16, 41:20
**DISTRICT** [3] - 1:1,
1:1, 1:14
**district** [1] - 36:5
**diverted** [1] - 5:24
**diverting** [1] - 5:15
**Division** [1] - 1:19
**doctor** [10] - 6:9, 6:10,
9:16, 9:17, 17:2,
17:8, 28:22, 36:4,
37:21
**doctors** [8] - 6:14,

15:2, 29:3, 35:1,
36:8, 37:22, 37:23,
38:1
**dollar** [1] - 15:14
**dollars** [2] - 17:10,
35:3
**donated** [1] - 33:8
**done** [1] - 36:18
**doors** [1] - 26:15
**down** [3] - 13:4, 20:19,
26:20
**DR** [2] - 24:25, 31:7
**Dr** [76] - 3:14, 3:24,
4:11, 4:18, 5:3, 5:9,
6:3, 6:6, 6:23, 7:1,
7:5, 7:13, 7:21, 7:23,
7:25, 8:12, 8:20,
10:7, 10:9, 10:13,
10:18, 10:20, 10:24,
11:2, 11:8, 12:9,
12:12, 12:17, 12:18,
12:19, 12:23, 13:11,
13:22, 14:7, 14:17,
14:20, 14:21, 14:22,
15:13, 16:8, 16:24,
17:9, 17:12, 17:14,
17:15, 17:16, 17:17,
17:18, 17:19, 17:20,
17:22, 17:23, 17:24,
19:25, 20:13, 20:17,
21:5, 21:6, 21:15,
22:22, 24:19, 24:23,
31:23, 34:2, 35:16,
37:9, 37:19, 38:4,
38:12, 39:22, 40:19,
41:1
**Draesel** [2] - 8:4, 21:5
**draw** [1] - 15:23
**drinks** [1] - 6:8
**drives** [1] - 32:15
**drove** [1] - 12:21
**drug** [2] - 7:25, 37:25
**drugs** [3] - 19:17,
19:19, 37:24
**due** [1] - 27:1
**during** [2] - 26:15,
39:1
**dutiful** [1] - 25:11
**duty** [2] - 39:22, 40:4

## E

**earned** [2] - 33:4, 39:3
**earnings** [1] - 39:7
**earth** [1] - 30:1
**easiest** [1] - 27:6
**effort** [1] - 12:1
**eight** [1] - 4:1
**either** [2] - 16:1, 35:19
**elements** [1] - 28:18

**elicit** [2] - 40:4, 40:7
**eliminated** [1] - 13:21
**ELIZABETH** [1] - 2:3
**Elon** [1] - 35:14
**eloquently** [1] - 36:17
**embarrassed** [1] -
29:1
**empathetic** [1] - 26:20
**empathy** [1] - 29:12
**employed** [1] - 39:16
**employment** [1] -
39:21
**emulate** [1] - 29:4
**emulated** [1] - 28:15
**encouraged** [1] - 26:6
**end** [3] - 26:21, 35:23,
35:24
**engaging** [1] - 36:9
**enhance** [1] - 18:7
**enhanced** [2] - 15:20,
20:14
**enhancement** [5] -
15:5, 16:23, 16:24,
17:1, 18:20
**enhancements** [2] -
18:16, 19:8
**enjoy** [1] - 26:21
**enjoys** [1] - 30:4
**enrich** [1] - 5:10
**ensure** [1] - 27:2
**enter** [1] - 23:7
**entered** [2] - 6:15,
26:8
**entering** [1] - 39:21
**entire** [1] - 20:4
**entitled** [3] - 22:22,
23:18, 41:15
**equivalent** [1] - 10:20
**especially** [2] - 20:10,
33:10
**ESQ** [4] - 1:22, 2:2,
2:3, 2:6
**establish** [1] - 7:23
**established** [1] - 8:12
**esteem** [1] - 28:19
**event** [1] - 13:4
**evidence** [12] - 6:5,
6:16, 7:5, 8:6, 8:7,
8:17, 8:21, 12:3,
21:7, 21:10, 33:20,
34:20
**exactly** [1] - 17:1
**example** [9] - 7:14,
12:10, 14:20, 16:14,
18:1, 19:7, 25:13,
27:8, 30:7
**examples** [2] - 11:5,
18:4
**exceeds** [1] - 16:5

exceptional [1] - 25:7
excluded [1] - 13:15
excuse [1] - 4:1
execute [1] - 40:17
exercise [2] - 13:25, 20:25
Exhibit [1] - 7:14
exist [2] - 20:8, 36:6
expansive [1] - 17:15
experts [2] - 6:1, 6:2
exposed [1] - 28:3
expressly [1] - 19:5
extend [1] - 27:7
extent [4] - 13:9, 13:19, 20:6, 24:10
extravagant [1] - 25:19
eyes [1] - 13:20

**F**

faced [1] - 34:17
facilitate [1] - 15:11
facilities [5] - 11:7, 11:14, 33:7, 37:21, 38:1
facility [2] - 6:24, 27:6
fact [11] - 9:15, 17:20, 21:21, 23:18, 26:11, 29:25, 31:10, 31:25, 32:7, 34:19, 40:6
factor [1] - 17:21
factors [5] - 12:21, 31:18, 31:19, 35:25, 36:14
facts [8] - 5:5, 12:6, 33:14, 34:13, 35:9, 35:10, 36:7, 37:6
factual [1] - 13:1
fail [1] - 40:2
fair [5] - 8:16, 31:16, 33:23, 34:1, 38:9
fairly [2] - 35:11, 35:21
faith [1] - 30:8
fall [2] - 14:13, 14:15
falling [1] - 13:11
falls [1] - 12:23
false [8] - 5:11, 5:12, 7:4, 7:6, 7:16, 10:7, 10:8
falsified [2] - 7:12, 7:13
families [2] - 28:10, 29:14
family [11] - 24:22, 25:6, 25:16, 25:17, 25:22, 26:14, 27:4, 27:7, 27:10, 28:23, 37:18
fancy [2] - 29:22,

29:23
far [1] - 29:17
fashion [3] - 31:16, 33:22, 36:6
father [23] - 25:7, 25:11, 25:15, 25:25, 26:5, 26:9, 26:12, 26:19, 27:8, 27:23, 28:17, 28:19, 28:23, 29:5, 29:7, 29:10, 29:13, 29:21, 29:23, 30:7, 30:15, 30:24, 30:25
favor [1] - 36:1
favors [1] - 29:24
federal [1] - 32:22
feet [1] - 27:25
felon [1] - 36:23
felt [2] - 12:1, 32:9
fighting [1] - 34:9
filed [2] - 31:22, 40:15
filled [1] - 15:20
final [1] - 26:15
financial [5] - 21:20, 39:3, 39:5, 39:7, 39:11
financially [1] - 26:13
findings [1] - 40:5
fine [3] - 38:23, 38:24, 38:25
fingertips [1] - 22:21
firearm [1] - 38:18
Firm [1] - 2:6
first [7] - 3:19, 19:23, 20:8, 26:8, 26:14, 31:21, 39:13
firsthand [2] - 28:20, 30:20
fishermen [1] - 30:2
fishing [3] - 25:22, 29:25, 31:24
five [2] - 26:15, 27:1
Floor [1] - 1:20
FLORIDA [1] - 1:1
Florida [16] - 1:4, 1:24, 2:4, 2:8, 2:16, 3:4, 11:4, 11:11, 17:6, 17:25, 18:2, 20:5, 25:2, 36:3, 36:5, 41:21
focused [1] - 15:12
folks [1] - 34:25
food [1] - 26:23
FOR [2] - 1:18, 2:2
foregoing [1] - 41:13
foreseeability [2] - 13:5, 13:6
foreseeable [2] - 13:7, 14:5
forfeiture [13] - 22:6,

22:8, 22:15, 22:17, 22:20, 22:23, 22:24, 23:3, 23:6, 23:8, 23:17, 23:21, 24:1
fortunate [1] - 28:16
fortunately [1] - 27:24
forward [2] - 14:21, 19:13
foundation [2] - 30:11, 31:14
four [7] - 15:21, 16:2, 16:10, 20:12, 20:13, 20:16, 33:6
four-point [1] - 20:16
four-year [1] - 16:10
FPR [2] - 2:14, 41:19
fraction [1] - 30:14
Fraud [1] - 1:19
fraud [7] - 4:1, 4:2, 10:15, 14:14, 16:6, 33:19
fraudulent [10] - 5:11, 5:13, 5:14, 5:15, 8:21, 11:6, 16:17, 35:2, 35:7, 38:1
free [1] - 28:24
friend [1] - 27:10
friends [3] - 28:7, 28:23, 29:24
front [2] - 23:24, 35:17
FT [1] - 1:2
fully [1] - 40:5
funds [1] - 39:24
furtherance [1] - 5:16
future [1] - 32:2
Future [5] - 11:4, 11:12, 17:25, 20:5, 36:4

**G**

gain [2] - 16:5, 38:4
Garnto [1] - 12:10
general [1] - 29:13
generated [2] - 7:24, 8:11
generosity [1] - 27:7
generous [1] - 25:10
genuine [1] - 28:21
genuinely [1] - 29:10
girl [4] - 25:3, 27:9, 30:15, 36:25
girls [1] - 26:1
given [3] - 20:19, 29:8, 33:25
GLENDA [2] - 2:14, 41:19
glenda_powers@
flsd.uscourts.gov
[2] - 2:16, 41:21

goals [1] - 38:7
GOVERNMENT [1] - 1:18
Government [23] - 4:15, 6:4, 7:9, 7:11, 7:23, 8:5, 9:5, 9:19, 10:1, 11:5, 11:9, 16:21, 20:23, 22:7, 32:14, 34:13, 34:21, 35:8, 35:22, 36:2, 36:21, 37:20, 40:10
Government's [9] - 6:9, 10:11, 10:25, 14:14, 16:19, 22:5, 24:2, 24:3, 34:11
grandfather [1] - 25:25
grandmother [1] - 26:25
grandparents [1] - 25:17
granted [1] - 13:17
grave [1] - 13:19
great [3] - 27:8, 30:17, 37:18
greatly [3] - 16:5, 28:14, 32:2
greed [2] - 32:15
greedy [3] - 32:13, 32:17, 33:13
gross [1] - 39:7
grossly [1] - 5:24
grounded [1] - 30:7
guess [2] - 15:5, 23:20
guideline [3] - 9:4, 16:7, 35:11
guidelines [10] - 18:12, 18:22, 19:5, 19:6, 19:9, 30:23, 31:17, 35:23, 35:25, 37:6
guilty [11] - 3:25, 4:3, 5:3, 5:4, 6:3, 10:13, 10:14, 13:11, 30:16, 30:25, 34:9

**H**

half [2] - 11:15, 11:16
handle [1] - 3:19
hangs [1] - 36:20
happiness [1] - 25:21
happy [1] - 33:5
hard [2] - 25:10, 26:19
hard-working [2] - 25:10, 26:19
Hayes [1] - 3:10
HAYES [6] - 1:18, 19:2, 19:21, 23:9, 23:12, 41:3

healthcare [7] - 3:25, 4:2, 5:11, 5:13, 10:14, 36:9, 39:16
hear [2] - 9:5, 11:18
heard [6] - 11:1, 27:20, 33:8, 33:16, 33:17, 34:14
hearing [2] - 23:17, 40:7
HEARING [1] - 1:12
heart [1] - 25:8
held [4] - 13:22, 14:19, 15:13, 16:13
hello [1] - 24:25
help [1] - 28:25
helped [2] - 26:13, 30:20
helping [1] - 27:22
helpings [1] - 25:13
helps [1] - 33:11
hereby [1] - 41:13
hi [1] - 34:3
high [2] - 12:11, 28:19
HILL [1] - 2:10
himself [3] - 5:10, 29:11, 32:11
history [3] - 21:24, 31:21, 36:15
hold [1] - 28:19
holds [1] - 20:7
home [9] - 26:10, 26:17, 27:6, 27:11, 31:9, 31:10, 33:9, 34:1, 38:6
homeless [1] - 29:6
Honor [49] - 3:9, 3:13, 4:8, 4:10, 4:13, 4:16, 7:11, 8:16, 9:10, 10:16, 11:17, 11:20, 15:6, 15:8, 15:21, 18:9, 18:15, 19:4, 19:21, 20:22, 21:12, 21:19, 21:25, 22:1, 22:3, 22:4, 22:7, 22:17, 23:1, 23:9, 23:13, 24:15, 24:18, 24:25, 25:5, 29:21, 30:22, 30:23, 31:3, 31:15, 31:25, 32:19, 33:15, 34:3, 34:12, 36:11, 36:13, 40:11, 41:3
HONORABLE [1] - 1:14
Honorable [1] - 3:4
hope [1] - 30:23
hour [1] - 28:24
hours [1] - 26:2
house [1] - 27:13
houses [1] - 26:20

human [1] - 32:15
humblest [1] - 29:21
hunter [1] - 31:25
hunting [1] - 31:24
husband [2] - 25:12,
28:15
hypothetically [1] -
18:17

## I

ill [2] - 32:23, 32:24
immediate [1] - 36:18
immediately [1] -
27:13
immigrant [1] - 29:14
immigrants [1] - 30:3
impact [1] - 29:19
important [2] - 29:7,
31:19
importantly [1] - 14:9
impose [6] - 18:12,
23:2, 24:20, 36:12,
38:5, 38:23
imposed [4] - 13:6,
24:17, 37:14, 40:8
imposes [1] - 37:16
impression [2] - 27:17
in-depth [1] - 35:9
inclined [2] - 18:24,
19:3
included [1] - 14:6
includes [1] - 19:13
including [3] - 7:9,
25:17, 38:21
inconsistent [1] - 18:6
increasing [1] - 33:11
incur [1] - 39:12
indictment [2] - 22:20,
23:16
indifference [1] -
32:15
individual [4] - 6:7,
32:13, 32:17, 33:13
individualized [1] -
12:21
individuals [4] -
16:18, 32:25, 33:25,
38:2
industry [1] - 39:17
inform [1] - 39:22
information [1] -
39:11
informed [1] - 27:12
inquired [1] - 27:21
inseparable [1] -
28:13
insight [1] - 25:6
installing [1] - 29:7
instances [1] - 19:6

instead [1] - 26:19
instilled [1] - 25:15
insurance [5] - 7:13,
8:21, 9:13, 12:23,
20:1
insure [1] - 37:16
interests [1] - 27:16
interpreting [1] - 15:1
interstate [1] - 5:12
intervening [1] - 13:4
investigation [4] - 4:4,
4:7, 4:12, 4:15
investment [1] - 17:21
involved [4] - 7:7,
10:21, 34:20, 34:21
IP [1] - 7:22
issue [1] - 20:25

## J

JAMES [1] - 1:18
Jamie [1] - 3:10
JAMIE [1] - 1:18
Janine [2] - 24:23,
25:1
JANINE [2] - 24:25,
31:7
Jeffrey [1] - 8:4
jewelry [1] - 29:23
Jim [1] - 3:10
job [5] - 32:18, 32:24,
32:25, 39:2, 39:4
joining [1] - 4:19
joint [1] - 38:22
Jonathan [14] - 9:12,
9:21, 10:1, 10:13,
10:20, 15:15, 15:17,
15:19, 17:19, 19:14,
20:11, 20:12, 22:10,
24:4
Jose [5] - 3:7, 3:14,
25:1, 25:9, 32:17
JOSE [1] - 1:7
journey [1] - 26:7
joy [1] - 25:20
JR [1] - 2:6
JUDGE [1] - 1:14
judge [4] - 4:24, 6:22,
21:12, 31:8, 40:13,
40:20
Judge [13] - 3:22,
6:20, 7:20, 8:4, 8:20,
9:2, 15:13, 15:22,
21:4, 24:8, 24:21,
33:14, 36:16
judges [1] - 30:5
judgment [7] - 12:20,
13:18, 23:3, 23:8,
23:12, 38:11, 39:23
July [1] - 1:6

jury [22] - 5:3, 5:7, 6:2,
10:12, 13:8, 13:10,
13:11, 13:16, 13:17,
22:23, 23:1, 23:2,
23:11, 23:16, 23:18,
23:19, 23:22, 30:15,
31:11, 31:12, 36:23
Justice [2] - 1:19, 1:23
justice [2] - 18:20,
31:13

## K

keeping [1] - 26:23
Kentucky [1] - 37:25
kickback [1] - 12:10
kickbacks [2] - 17:18,
20:10
kind [5] - 9:1, 18:18,
19:16, 29:24, 32:9
knowledge [2] - 16:6,
17:23
known [1] - 21:15
knows [6] - 4:18, 30:4,
31:18, 35:10, 36:2,
36:15
Kustura's [1] - 35:18

## L

lab [1] - 17:8
laboratories [1] - 9:14
laboratory [3] - 10:9,
17:9, 17:11
labs [3] - 7:21, 9:17,
10:19
large [1] - 15:24
larger [1] - 15:24
last [1] - 7:15
lasting [1] - 27:17
LAUDERDALE [1] -
1:2
laughter [1] - 25:20
law [5] - 24:8, 33:10,
38:6, 38:11, 40:6
Law [2] - 2:3, 2:6
lawyer [1] - 4:12
least [1] - 11:3
leave [1] - 17:7
led [1] - 32:9
legal [3] - 13:2, 24:16,
28:9
legally [1] - 27:21
legitimacy [1] - 17:3
legitimate [3] - 5:24,
14:13, 17:4
lend [1] - 17:3
length [1] - 11:1
less [1] - 15:25, 16:2,
17:21, 33:6, 34:7

lesser [3] - 16:11,
20:6, 20:10
lessons [1] - 28:2
letter [4] - 32:4, 32:5,
32:7, 32:8
letters [2] - 31:22,
32:12
level [5] - 15:17,
15:20, 18:25, 21:1,
21:23
levels [1] - 16:2
liability [2] - 13:5,
38:22
license [7] - 10:10,
17:3, 36:4, 37:21,
37:24, 38:3, 39:19
licensed [1] - 17:5
licenses [1] - 35:2
licensing [2] - 20:2,
20:21
Lieberman [16] - 6:6,
7:1, 10:18, 12:12,
12:17, 12:19, 14:20,
14:21, 14:22, 16:24,
17:12, 17:14, 17:16,
17:18, 17:20, 17:24
lies [1] - 14:6
life [10] - 25:13, 25:14,
26:5, 30:19, 32:9,
34:5, 36:18, 36:20,
37:11
Life [6] - 11:4, 11:11,
17:25, 18:2, 20:6,
36:3
lifestyle [1] - 25:19
likewise [1] - 28:25
limited [2] - 16:6,
16:14
live [5] - 25:13, 25:19,
29:19, 30:19, 36:22
lives [5] - 26:21, 30:9,
30:21, 35:6, 36:10
living [2] - 26:14,
26:20, 30:4
loans [1] - 26:12
Look [1] - 19:4
look [3] - 19:18, 30:18,
33:24
looking [1] - 20:18
losing [1] - 31:11
loss [35] - 9:1, 9:2,
9:7, 9:11, 9:12, 9:13,
9:20, 9:22, 10:1,
10:5, 10:7, 10:17,
10:23, 11:9, 11:10,
11:12, 11:15, 11:25,
12:2, 12:25, 13:15,
13:21, 14:1, 14:3,
14:21, 15:1, 16:4,
21:13, 24:10, 35:13,

35:20
losses [1] - 11:13
love [4] - 26:3, 27:15,
28:12, 28:16
loved [1] - 32:1
loves [2] - 29:25, 32:2
loving [2] - 25:10,
25:12
lovingly [1] - 27:25
low [2] - 35:22, 37:9
lower [1] - 36:1
loyal [1] - 28:12
luck [2] - 40:19, 41:1
lump [1] - 14:4

## M

M.D [1] - 1:7
man [6] - 25:8, 25:11,
30:7, 30:17, 36:17,
37:4
manner [2] - 39:16,
40:8
MARCOS [1] - 2:6
marine [1] - 27:18
Mario [1] - 35:18
mark [2] - 14:15, 15:14
market [1] - 29:17
Markovich [17] - 9:12,
9:21, 10:2, 10:14,
10:17, 10:20, 12:11,
15:15, 15:17, 15:19,
17:20, 19:14, 20:11,
20:12, 20:17, 22:10,
24:4
Markoviches [1] -
8:11
Markoviches' [1] - 8:6
marriage [1] - 28:5
married [1] - 34:4
Marshal [2] - 40:17,
40:18
Massachusetts [1] -
26:9
material [1] - 29:24
maternal [1] - 26:25
matter [2] - 28:8,
41:15
mean [4] - 6:3, 16:12,
26:4, 34:6
meaning [1] - 23:18
means [4] - 13:8, 13:9,
13:10, 27:10
meant [1] - 13:14
medical [19] - 4:19,
5:24, 6:6, 6:14, 6:23,
9:15, 16:15, 16:16,
17:2, 18:10, 19:12,
19:25, 20:3, 20:15,
26:7, 28:19, 33:4,

33:7, 39:19
**medically** [1] - 8:1
**medication** [1] - 5:23
**medications** [3] -
5:21, 6:8, 6:10
**medicine** [1] - 28:17
**meds** [1] - 5:23
**meet** [1] - 29:22
**memo** [1] - 32:15
**memorandum** [3] -
10:25, 11:6, 18:5
**memories** [1] - 25:20
**mentally** [2] - 32:23
**mercy** [1] - 34:10
**met** [1] - 5:5
**Miami** [7] - 1:4, 2:4,
2:8, 2:15, 2:16,
41:20, 41:21
**Miami's** [1] - 12:14
**might** [2] - 13:24,
35:25
**million** [11] - 9:21,
9:24, 10:2, 10:3,
11:11, 11:16, 11:23,
15:14, 16:11, 17:10
**millions** [2] - 35:3
**mills** [1] - 37:23
**mind** [1] - 3:18
**mini** [1] - 23:22
**minimal** [1] - 15:12
**minor** [13] - 16:20,
16:22, 18:7, 18:9,
18:13, 18:16, 18:23,
18:25, 19:18, 19:20,
20:19, 21:1, 35:13
**minutes** [1] - 3:16
**Miramar** [2] - 1:23,
1:24
**misconduct** [2] -
36:18, 37:3
**misleading** [1] - 12:9
**mitigating** [3] - 37:10,
37:12, 38:8
**moment** [1] - 6:20
**moments** [1] - 25:20
**money** [10] - 17:19,
17:21, 23:3, 23:8,
23:12, 33:1, 33:4,
33:8, 34:9, 35:5
**monitoring** [1] - 6:23
**month** [2] - 25:3,
29:18
**monthly** [2] - 26:12,
39:7
**months** [4] - 22:2,
35:23, 35:24, 38:12
**moral** [1] - 25:14
**morning** [1] - 3:12
**most** [3] - 19:15,
26:19, 29:25

**mostly** [1] - 15:11
**mother** [9] - 25:3,
26:22, 27:2, 27:9,
27:20, 27:24, 29:22,
33:10, 36:25
**mother-in-law** [1] -
33:10
**motion** [5] - 3:21,
17:11, 36:22, 36:24,
37:4
**motions** [3] - 3:19,
34:16, 40:14
**MR** [13] - 11:19, 11:22,
13:19, 14:4, 15:3,
19:2, 19:21, 22:17,
23:9, 23:12, 24:8,
36:13, 41:3
**MS** [52] - 3:9, 3:12,
3:18, 3:22, 4:8, 4:10,
4:16, 4:24, 5:2, 5:19,
6:12, 6:16, 6:19,
6:22, 7:3, 7:11, 7:19,
8:3, 8:15, 8:16, 8:19,
8:25, 9:6, 9:10,
11:17, 15:6, 15:8,
15:21, 15:22, 16:21,
18:8, 18:14, 21:4,
21:9, 21:12, 21:18,
21:25, 22:1, 22:3,
22:4, 22:7, 22:14,
23:1, 23:7, 24:3,
24:15, 24:18, 24:21,
31:8, 40:11, 40:13,
40:20
**mule** [5] - 19:16,
19:18, 19:19, 19:24,
19:25
**multiple** [2] - 26:22,
34:16
**must** [2] - 39:3, 39:4

**N**

**N.W** [1] - 2:4
**name** [3] - 7:21, 25:1,
38:3
**named** [2] - 25:3, 27:9
**National** [1] - 27:18
**necessity** [1] - 20:19
**need** [3] - 15:23,
23:17, 40:18
**needed** [2] - 23:23,
23:24
**needs** [3] - 15:25,
26:24, 38:5
**never** [6] - 12:16,
18:14, 29:15, 31:10,
32:5, 34:4
**new** [1] - 3:21
**New** [2] - 1:20, 36:16

**next** [4] - 8:25, 15:7,
15:9, 21:3
**niece** [1] - 26:1
**niece's** [1] - 26:5
**nine** [4] - 4:1, 11:16,
38:13, 38:15
**nine-and-half** [1] -
11:16
**NO** [1] - 1:2
**noble** [1] - 25:14
**nominee** [1] - 16:14
**non** [1] - 20:4
**none** [3] - 14:7, 14:8,
19:12
**nonetheless** [1] - 34:8
**North** [2] - 2:15, 41:20
**notes** [2] - 7:4, 7:6
**nothing** [4] - 8:11,
19:4, 26:4, 30:16
**nowadays** [1] - 28:11
**Number** [1] - 3:6
**number** [7] - 9:22,
10:3, 10:5, 16:1,
16:11, 20:9, 22:22
**numbers** [2] - 14:2,
30:23
**nurses** [1] - 34:8
**nursing** [1] - 26:17
**nurtured** [1] - 27:16
**NW** [1] - 1:20

**O**

**obfuscation** [1] - 14:6
**object** [2] - 5:8, 40:13
**objection** [26] - 4:14,
4:22, 4:25, 5:18,
5:19, 6:11, 6:12,
6:18, 6:19, 7:2, 7:3,
7:18, 7:19, 8:2, 8:3,
8:18, 8:19, 8:24,
15:7, 15:9, 18:25,
19:1, 21:2, 21:11,
21:17, 21:18
**objections** [6] - 4:24,
21:22, 40:5, 40:7,
40:10, 40:14
**obligations** [3] - 39:4,
39:5, 39:8
**obstruction** [1] -
18:20
**obtain** [1] - 39:20
**obtaining** [1] - 39:13
**obviously** [1] - 5:4
**ocean** [1] - 27:16
**Oceanic** [1] - 27:16
**October** [1] - 41:17
**OF** [2] - 1:1, 1:4
**offense** [3] - 16:6,
21:16, 21:23

**offer** [2] - 25:6, 29:25
**OFFICER** [1] - 2:10
**officer** [3] - 6:6, 39:12,
39:14
**Official** [1] - 2:14
**often** [1] - 19:19
**oftentimes** [1] - 32:23
**old** [4] - 25:3, 27:8,
34:4, 34:6
**once** [4] - 18:12, 20:2,
27:12, 33:5
**one** [15] - 3:19, 3:20,
4:17, 6:19, 8:6, 13:9,
15:16, 19:14, 20:6,
28:18, 29:21, 31:17,
33:17, 34:24, 36:14
**open** [1] - 26:11
**operate** [1] - 39:15
**operations** [1] - 27:18
**opinion** [2] - 6:9,
30:17
**opportunity** [3] - 4:6,
25:5, 31:4
**opposes** [1] - 16:21
**option** [1] - 26:20
**order** [12] - 3:1, 7:21,
7:25, 17:10, 24:13,
38:25, 39:6, 39:10,
39:12, 39:15, 39:18,
39:20
**ordered** [1] - 4:4
**ordering** [1] - 9:18
**otherwise** [1] - 4:20
**ought** [1] - 36:6
**outside** [1] - 14:19
**over-prescribed** [2] -
6:10, 6:13
**over-prescription** [1] -
5:20
**over-the-counter** [1] -
5:23
**overcome** [1] - 28:10
**overrule** [10] - 5:18,
6:11, 6:17, 7:2, 7:18,
8:2, 8:24, 18:25,
21:2, 21:17
**overseeing** [1] - 9:16
**own** [6] - 26:6, 28:3,
28:15, 29:4, 29:22,
39:15
**owner** [1] - 16:14

**P**

**p.m** [5] - 1:8, 1:8, 6:15,
41:5
**Pages** [1] - 1:10
**paid** [3] - 20:2, 34:7,
39:1
**pain** [1] - 12:11

**painted** [1] - 32:14
**paragraph** [15] - 4:17,
4:25, 5:8, 5:19, 6:12,
6:19, 7:3, 7:19, 8:3,
8:19, 8:25, 21:4,
21:13, 21:14, 21:18
**paragraphs** [1] - 8:10
**parallel** [1] - 24:9
**parent** [1] - 30:13
**parents** [9] - 26:15,
27:12, 27:15, 27:20,
27:24, 28:2, 28:4,
30:8, 33:10
**Parkway** [1] - 1:23
**part** [4] - 16:17, 16:18,
33:17, 33:19
**participate** [1] - 30:9
**participating** [1] -
17:12
**participation** [1] -
16:13
**particular** [2] - 12:22,
12:23
**particularized** [2] -
12:5, 14:23
**parties** [2] - 40:5, 40:7
**partners** [1] - 28:7
**party** [1] - 40:7
**pass** [1] - 27:22
**passed** [2] - 17:4,
26:18
**pastimes** [2] - 25:23,
30:5
**patient** [5] - 7:12,
14:7, 14:13, 35:15,
35:16
**patient's** [1] - 14:14
**patient-brokering** [1]
- 14:7
**patients** [11] - 6:23,
12:11, 12:22, 17:25,
18:1, 28:21, 28:25,
29:1, 36:10
**pause** [1] - 6:21
**pay** [4] - 38:21, 38:23,
39:5, 39:6
**paycheck** [1] - 29:19
**paying** [1] - 13:13
**payment** [1] - 39:8
**payments** [1] - 26:12
**pecuniary** [1] - 38:3
**Pensacola** [2] - 40:21,
40:22
**people** [15] - 12:7,
17:24, 27:22, 28:11,
29:10, 30:1, 30:5,
30:20, 33:9, 33:11,
34:7, 34:24
**per** [3] - 26:23, 29:18,
39:5

**percent** [12] - 10:2, 10:4, 11:25, 12:7, 14:12, 14:15, 14:16, 14:18, 22:10, 35:20, 39:3, 39:7
**perfect** [3] - 12:3, 14:20, 28:7
**period** [3] - 16:10, 39:1, 40:2
**permission** [1] - 39:13
**person** [4] - 31:23, 31:24, 32:10
**personal** [2] - 5:15, 16:5
**personally** [2] - 26:6, 27:3
**persons** [1] - 29:21
**persuasive** [1] - 40:23
**pertinent** [1] - 13:25
**PH** [1] - 2:4
**phase** [1] - 34:10
**phonetic** [1] - 35:15
**physician** [1] - 6:24
**physicians** [1] - 12:15
**piece** [1] - 8:7
**pill** [1] - 37:23
**Pinkerton** [1] - 13:5
**place** [5] - 19:24, 20:8, 31:1, 33:18, 38:14
**placed** [1] - 27:14
**places** [1] - 11:3
**PLAINTIFF** [1] - 1:5
**plans** [1] - 8:1
**plea** [1] - 16:24
**pleadings** [1] - 31:8
**pleasures** [1] - 25:21
**plus** [4] - 11:10, 15:21, 20:12, 20:13
**point** [12] - 9:11, 10:6, 10:21, 10:22, 11:14, 11:15, 11:22, 12:7, 14:24, 19:3, 20:16, 31:25
**pointed** [1] - 23:14
**points** [1] - 20:18
**Port** [1] - 25:2
**position** [10] - 5:4, 7:10, 16:20, 22:5, 22:18, 23:2, 24:2, 24:3, 24:6, 34:11
**possess** [1] - 38:19
**possessing** [1] - 38:18
**possible** [2] - 34:25, 37:22
**post** [1] - 13:18
**post-judgment** [1] - 13:18
**power** [3] - 19:9, 20:9, 31:15

**Powers** [1] - 41:18
**POWERS** [2] - 2:14, 41:19
**practice** [3] - 5:25, 29:3, 33:1
**practicing** [2] - 25:2, 32:20
**pray** [1] - 30:22
**precise** [2] - 9:22, 10:5
**preclude** [1] - 32:1
**prescribed** [4] - 5:21, 5:22, 6:10, 6:13
**prescribing** [1] - 6:7
**prescription** [2] - 5:20, 5:23
**prescriptions** [1] - 9:18
**present** [3] - 8:17, 21:9, 26:5
**presentation** [1] - 11:1
**presented** [8] - 7:5, 7:11, 8:5, 11:5, 18:4, 21:7, 32:5, 35:8
**presentence** [4] - 4:4, 4:7, 4:11, 4:14
**presiding** [1] - 3:4
**presumably** [1] - 14:12
**previously** [1] - 40:15
**price** [1] - 29:15
**principally** [2] - 20:7, 20:15
**principle** [1] - 19:11
**prison** [5] - 32:21, 38:12, 38:14, 39:2, 39:6
**Prisons** [1] - 40:24
**private** [3] - 24:13, 27:20, 33:1
**pro** [1] - 29:5
**probation** [4] - 16:22, 21:21, 39:11, 39:14
**PROBATION** [1] - 2:10
**proceed** [1] - 3:23
**Proceedings** [1] - 41:5
**proceedings** [2] - 6:21, 41:15
**proceeds** [2] - 5:14, 5:15
**process** [2] - 28:9, 30:16
**professional** [3] - 25:12, 26:7, 28:20
**professionals** [1] - 36:8
**programs** [2] - 5:11, 5:13

**progressing** [1] - 27:1
**prohibit** [1] - 19:10
**prohibited** [1] - 38:18
**promotes** [1] - 29:14, 33:11
**property** [1] - 23:4
**prosecute** [1] - 39:25
**protected** [1] - 27:23
**proven** [1] - 14:8
**provide** [3] - 6:23, 27:10, 39:10
**provided** [3] - 6:16, 11:7, 30:10
**providing** [1] - 29:5
**province** [1] - 6:25
**psychiatrist** [1] - 29:2
**public** [2] - 32:20, 33:2
**PUGLISI** [31] - 2:2, 3:12, 3:18, 3:22, 4:10, 4:24, 5:2, 5:19, 6:12, 6:16, 6:19, 6:22, 7:3, 7:19, 8:3, 8:15, 8:19, 8:25, 9:6, 15:8, 15:22, 21:4, 21:12, 21:18, 22:1, 22:4, 24:18, 24:21, 31:8, 40:13, 40:20
**Puglisi** [9] - 2:3, 3:13, 4:9, 4:23, 15:7, 17:17, 21:3, 22:16, 40:12
**purpose** [1] - 29:9
**purview** [1] - 14:19
**push** [1] - 37:24
**put** [5] - 17:10, 24:5, 26:17, 27:6, 35:1
**putting** [1] - 10:9

**Q**

**qua** [1] - 20:4
**quantities** [1] - 5:23
**quarter** [1] - 39:5
**questions** [1] - 30:12

**R**

**raise** [3] - 29:16, 29:17, 33:5
**raised** [1] - 29:15
**Rakoff** [1] - 36:16
**range** [1] - 22:2
**rapidly** [1] - 27:1
**rarity** [1] - 28:11
**rather** [2] - 7:24, 31:24
**read** [3] - 4:11, 6:20, 32:8
**readily** [1] - 34:21

**readmitted** [1] - 18:2
**reality** [1] - 16:11
**realize** [1] - 35:17
**realized** [1] - 27:15
**realizing** [1] - 40:23
**really** [3] - 15:12, 32:9, 32:13
**reason** [3] - 10:18, 10:19, 12:16
**reasonable** [1] - 37:8
**reasonably** [2] - 13:7, 14:5
**REBECCA** [1] - 2:10
**receipt** [1] - 5:14
**receive** [4] - 16:7, 32:12, 35:14, 36:17
**received** [1] - 4:4
**recently** [1] - 29:15
**recess** [1] - 41:2
**recidivism** [1] - 37:10
**recognize** [1] - 27:4
**recollection** [1] - 23:20
**recommend** [1] - 35:22, 40:22
**recommendation** [2] - 40:20, 40:23
**recommended** [1] - 10:1
**record** [2] - 3:8, 9:23
**recruiter** [1] - 35:15
**reduced** [1] - 10:1
**reduction** [10] - 16:21, 18:16, 18:25, 21:1, 35:13, 35:17, 35:20, 35:24
**refer** [1] - 27:25
**referrals** [2] - 8:15, 21:6
**refuses** [1] - 29:17
**regard** [1] - 14:23
**regards** [1] - 22:19
**regimen** [1] - 20:21
**regularly** [1] - 29:4
**regulars** [1] - 30:9
**relation** [1] - 28:1
**relationship** [3] - 28:3, 28:6, 28:15
**release** [7] - 38:14, 38:15, 38:17, 38:21, 39:1, 39:6, 39:10
**relevant** [1] - 14:2
**reliable** [2] - 12:3, 12:6
**relied** [1] - 12:15
**Relief** [1] - 1:6
**relief** [1] - 13:18
**religious** [1] - 30:8
**relinquish** [1] - 39:18

**reminds** [1] - 36:2
**rendered** [1] - 35:7
**rent** [4] - 29:15, 29:17, 33:11, 33:12
**renters** [1] - 29:19
**rents** [1] - 29:13
**report** [4] - 4:4, 4:7, 4:12, 4:15
**REPORTED** [1] - 2:14
**Reporter** [1] - 2:14
**represent** [1] - 40:1
**reputation** [1] - 12:15
**request** [2] - 23:25, 39:18
**requested** [1] - 24:14
**requests** [1] - 24:14
**require** [1] - 18:3
**required** [1] - 23:2
**requisitions** [1] - 17:9
**residences** [1] - 29:13
**resources** [1] - 39:14
**respect** [13] - 5:6, 6:8, 6:25, 9:2, 9:17, 15:9, 21:13, 21:20, 28:21, 30:18, 31:13, 38:5
**respected** [1] - 12:13
**response** [2] - 7:13, 23:22
**responsibility** [2] - 18:19, 26:18
**responsible** [4] - 13:22, 14:19, 14:25, 15:14
**restitution** [8] - 24:2, 24:4, 24:7, 24:9, 24:12, 24:14, 38:22, 38:25
**return** [1] - 29:12
**review** [1] - 4:6
**reviewed** [2] - 4:5, 8:22
**revolved** [1] - 25:16
**rich** [1] - 34:7
**Rights** [1] - 24:9
**rise** [2] - 3:2, 41:4
**risk** [1] - 34:5
**role** [18] - 15:12, 15:20, 16:20, 16:22, 18:7, 18:9, 18:13, 18:16, 18:23, 18:25, 19:18, 19:20, 20:9, 20:14, 20:19, 21:1, 35:13, 35:21
**roles** [1] - 15:25
**room** [2] - 27:14, 35:10
**roughly** [1] - 10:2
**RPR** [2] - 2:14, 41:19
**ruin** [1] - 36:10
**ruined** [1] - 35:6

**rule** [1] - 18:11
**ruled** [2] - 21:12, 21:19
**rules** [1] - 22:22
**rulings** [2] - 9:8, 40:16
**run** [2] - 38:13, 38:15
**running** [1] - 3:15

## S

**S.W** [1] - 2:7
**s/Glenda** [1] - 41:18
**sabrina** [1] - 3:13
**SABRINA** [1] - 2:2
**salary** [1] - 22:8
**salt** [1] - 30:1
**samples** [2] - 7:20, 7:25
**Santeiro** [52] - 3:7, 3:14, 4:11, 4:18, 5:3, 5:9, 6:3, 6:23, 7:5, 7:13, 7:23, 7:25, 8:12, 8:20, 10:9, 10:13, 10:20, 10:24, 11:2, 11:8, 12:9, 12:18, 12:19, 12:23, 13:11, 14:7, 15:13, 16:8, 17:9, 17:14, 17:17, 17:19, 17:22, 17:23, 20:13, 20:17, 21:6, 21:15, 24:19, 24:23, 25:1, 25:9, 31:23, 34:2, 35:16, 37:9, 37:19, 38:4, 38:12, 39:22, 40:19, 41:1
**SANTEIRO** [3] - 1:7, 24:25, 31:7
**Santeiro's** [10] - 3:24, 7:21, 10:7, 12:9, 13:22, 14:17, 17:15, 19:25, 22:22, 25:1
**sat** [1] - 33:15
**satisfy** [1] - 38:7
**SAVDIE** [1] - 1:22
**Savdie** [1] - 3:10
**saw** [4] - 17:24, 31:8, 31:22, 32:13
**schedule** [1] - 39:9
**Scheduled** [1] - 1:8
**scheme** [12] - 16:7, 16:13, 17:3, 17:24, 19:12, 20:20, 33:19, 34:22, 34:23, 34:25, 35:21
**schemes** [4] - 32:16, 35:4, 36:5, 36:9
**school** [2] - 26:8, 27:21
**scope** [1] - 16:6

**score** [1] - 15:4
**seated** [1] - 3:5
**secondly** [1] - 33:14
**Section** [2] - 1:19, 37:7
**sector** [1] - 33:2
**see** [7] - 25:18, 28:5, 29:1, 30:24, 31:22, 32:9, 32:17
**seeking** [2] - 23:4, 23:13, 36:10
**seize** [1] - 23:4
**self** [1] - 39:21
**self-employment** [1] - 39:21
**selfless** [1] - 25:11
**sell** [1] - 36:4
**sense** [3] - 19:15, 25:15, 29:12
**sentence** [19] - 12:2, 24:17, 24:20, 31:16, 33:23, 34:1, 35:22, 36:1, 36:7, 36:12, 37:8, 37:16, 38:5, 38:10, 38:11, 39:23, 40:8, 40:17, 40:21
**sentenced** [1] - 38:12
**sentences** [3] - 33:24, 37:13, 37:17
**sentencing** [13] - 4:3, 10:25, 11:6, 16:25, 18:4, 23:25, 30:23, 32:6, 34:10, 36:19, 37:6, 37:22, 40:6
**SENTENCING** [1] - 1:12
**separate** [3] - 18:15, 23:17, 23:21
**serve** [1] - 40:21
**service** [1] - 29:8
**services** [3] - 8:8, 8:23, 14:13
**serving** [1] - 16:14
**set** [4] - 12:6, 36:21, 36:24, 37:4
**several** [4] - 7:12, 18:4, 29:13, 38:22
**severe** [1] - 27:3
**severely** [1] - 32:23
**severity** [2] - 34:18, 35:11
**shall** [4] - 38:17, 38:18, 38:19, 38:20
**share** [2] - 28:16, 30:5
**shield** [1] - 13:14
**shining** [1] - 30:7
**shocking** [1] - 33:16
**short** [1] - 26:3
**shortly** [1] - 3:16
**show** [2] - 7:22, 24:16

**showcasing** [1] - 28:3
**showed** [3] - 6:5, 32:10, 34:20
**shuffle** [1] - 36:6
**Sianna** [1] - 25:4
**sign** [2] - 7:7, 35:2
**signature** [1] - 10:10
**signed** [3] - 7:12, 11:7, 17:9
**significant** [1] - 34:15
**significantly** [3] - 11:24, 14:6, 15:11
**signing** [1] - 17:8
**similarly** [3] - 6:12, 26:25, 37:15
**simple** [2] - 25:21, 31:24
**simply** [2] - 19:24, 36:6
**sina** [1] - 20:4
**single** [2] - 12:4, 20:1
**sister** [1] - 27:15
**situated** [1] - 37:15
**situation** [3] - 16:15, 18:17, 18:18
**six** [1] - 25:3
**six-month** [1] - 25:3
**skill** [8] - 15:10, 15:11, 16:23, 18:12, 18:24, 19:1, 19:7, 21:2
**skills** [1] - 18:7
**society** [2] - 31:1, 34:5
**solely** [1] - 30:6
**solicit** [1] - 39:12
**solid** [1] - 30:11
**someone** [3] - 18:19, 19:17, 19:23
**sometimes** [3] - 18:20, 32:23, 38:1
**somewhat** [1] - 16:16
**son** [1] - 25:11
**sorry** [2] - 3:15, 22:14
**sort** [1] - 9:19
**soulmates** [1] - 28:13
**SOUTHERN** [1] - 1:1
**Southern** [2] - 3:3, 36:16
**spark** [1] - 28:5
**spear** [1] - 25:22
**special** [14] - 15:10, 16:23, 18:7, 18:12, 18:23, 19:1, 19:7, 20:20, 21:2, 31:4, 38:21, 38:24, 38:25
**specialties** [1] - 35:1
**specific** [5] - 12:2, 12:3, 12:5, 23:14, 23:15
**specifically** [4] - 5:9,

6:5, 16:3, 22:21
**spending** [1] - 25:16
**spends** [1] - 30:1
**spent** [1] - 25:12
**standard** [1] - 38:20
**standing** [2] - 17:10, 28:11
**start** [1] - 4:25
**starting** [8] - 9:11, 10:6, 10:21, 10:22, 11:14, 11:22, 12:7, 14:23
**state** [3] - 20:3, 32:19, 32:21
**State** [1] - 17:6
**STATES** [3] - 1:1, 1:4, 1:14
**States** [7] - 2:15, 3:3, 3:7, 3:11, 21:9, 37:7, 41:20
**states** [1] - 4:17
**Stein** [1] - 12:25
**STENOGRAPHICAL LY** [1] - 2:13
**steps** [1] - 14:10
**still** [5] - 5:4, 15:23, 19:20, 28:5, 32:10
**stolen** [1] - 35:5
**Street** [2] - 2:4, 2:7
**strife** [1] - 28:9
**strive** [1] - 30:13
**strong** [2] - 25:10, 25:15, 28:11
**strongly** [1] - 5:5
**student** [1] - 26:12
**studies** [1] - 30:10
**submission** [3] - 5:10, 5:12, 8:22
**submit** [1] - 11:9
**submitted** [2] - 8:7, 8:21
**submitting** [1] - 5:10
**subsequent** [1] - 34:16
**subsets** [1] - 12:22
**substances** [1] - 38:20
**substantial** [2] - 31:20, 35:13
**substantive** [2] - 7:15, 10:13
**substitute** [1] - 23:12
**successful** [1] - 30:19
**suddenly** [1] - 6:4
**suffering** [1] - 32:15
**sufficient** [2] - 31:20, 37:8
**Suite** [1] - 2:7
**summarize** [1] - 25:7

**supervised** [5] - 38:15, 38:17, 38:21, 39:1, 39:10
**support** [2] - 27:24, 28:8, 37:19
**supported** [1] - 26:6
**supposed** [1] - 19:18
**supreme** [1] - 28:2
**susceptible** [1] - 38:2
**sustain** [4] - 4:21, 8:18, 18:24, 21:11
**system** [4] - 31:13, 32:19, 32:21, 32:22

## T

**talks** [2] - 12:25, 16:3
**task** [1] - 27:5
**taught** [2] - 25:13, 28:2
**technician** [1] - 27:18
**temptation** [1] - 38:2
**terms** [2] - 10:14, 20:10
**tested** [1] - 18:1
**testified** [2] - 12:12, 12:17
**testify** [1] - 33:17
**testimony** [1] - 7:8
**testing** [1] - 17:11
**THE** [66] - 1:14, 1:18, 2:2, 3:5, 3:17, 3:21, 3:24, 4:9, 4:11, 4:13, 4:14, 4:21, 5:1, 5:18, 6:11, 6:17, 7:2, 7:10, 7:18, 8:2, 8:14, 8:18, 8:24, 9:5, 9:7, 11:13, 11:18, 11:21, 13:16, 13:23, 14:25, 15:4, 15:7, 15:19, 16:19, 18:6, 18:11, 18:18, 19:16, 20:24, 21:8, 21:11, 21:17, 21:23, 22:2, 22:5, 22:13, 22:15, 22:24, 23:5, 23:10, 23:20, 24:6, 24:12, 24:16, 24:19, 24:24, 31:6, 34:2, 34:3, 34:11, 36:12, 37:5, 40:12, 40:16, 40:22
**themselves** [1] - 26:17
**theories** [1] - 12:25
**theory** [3] - 10:11, 10:12, 14:15
**therapy** [5] - 7:4, 7:6, 7:7, 7:8, 7:17
**therefore** [2] - 20:8, 35:22
**three** [3] - 10:22,

11:15, 38:14
**three-and-a-half** [1] - 11:15
**throughout** [3] - 11:5, 26:6, 30:9
**Thursday** [1] - 1:6
**today** [7] - 24:14, 25:5, 25:18, 25:24, 31:3, 31:6, 41:2
**together** [1] - 28:11
**toll** [1] - 32:25
**tone** [1] - 29:16
**took** [6] - 16:18, 22:10, 26:25, 27:9, 27:13, 36:25
**top** [1] - 35:24
**total** [1] - 11:10
**tough** [1] - 32:25
**towards** [5] - 28:4, 29:8, 39:3, 39:5, 39:7
**transcription** [1] - 41:14
**travel** [1] - 32:1
**treat** [1] - 27:14
**treated** [2] - 28:21, 28:23
**treating** [1] - 32:24
**treatment** [4] - 11:7, 35:3, 35:6, 36:11
**treatments** [1] - 35:8
**trial** [15] - 3:21, 7:5, 8:6, 8:12, 8:17, 11:6, 18:5, 21:7, 21:10, 22:25, 23:1, 23:16, 23:22, 31:11, 33:16
**trials** [2] - 12:8, 34:15
**tried** [1] - 29:4
**trouble** [1] - 34:4
**true** [2] - 6:4, 28:13
**trust** [1] - 12:20
**trusted** [1] - 12:19
**try** [2] - 25:7, 37:15
**Tuft's** [1] - 26:8
**two** [17] - 6:1, 7:15, 11:3, 11:7, 11:14, 12:8, 12:25, 16:1, 18:25, 20:18, 21:1, 22:22, 26:1, 28:11, 31:19, 34:14
**two-level** [2] - 18:25, 21:1
**twofold** [1] - 22:18
**type** [7] - 17:1, 20:20, 31:22, 32:10, 32:22, 35:1
**types** [2] - 36:5, 37:21
**typo** [1] - 4:17

## U

**U.S** [3] - 1:19, 1:23, 2:10
**ultimately** [1] - 13:4
**uncles** [1] - 25:17
**uncomfortable** [1] - 29:1
**under** [8] - 16:4, 16:7, 18:22, 19:17, 22:22, 24:8, 30:24
**underprivileged** [1] - 29:6
**understood** [1] - 33:19
**unforeseeable** [1] - 13:14
**Unicore** [2] - 39:2, 39:4
**United** [7] - 2:15, 3:3, 3:7, 3:11, 21:9, 37:7, 41:20
**UNITED** [3] - 1:1, 1:4, 1:14
**units** [1] - 29:14
**unity** [1] - 25:24
**University** [1] - 26:8
**unlawfully** [1] - 5:9
**unless** [1] - 39:8
**unnecessary** [1] - 8:1
**unpaid** [1] - 38:25
**up** [8] - 10:10, 12:22, 14:2, 18:15, 21:23, 30:18, 37:7, 38:9
**uphold** [1] - 30:13
**urinalyses** [1] - 9:18
**urine** [2] - 7:20, 7:25
**utilize** [1] - 38:3
**utilizing** [1] - 37:21
**utmost** [1] - 26:21

## V

**value** [1] - 29:17
**values** [3] - 25:16, 28:2, 29:7
**variance** [3] - 4:24, 13:25, 31:20
**verdict** [4] - 13:8, 13:10, 23:11, 23:18
**versus** [1] - 3:7
**veterans** [1] - 29:5
**via** [1] - 5:11
**victim** [3] - 21:16, 35:16
**Victim's** [1] - 24:9
**visit** [1] - 26:22
**VORA** [31] - 2:2, 3:12, 3:18, 3:22, 4:10, 4:24, 5:2, 5:19, 6:12,

6:16, 6:19, 6:22, 7:3, 7:19, 8:3, 8:15, 8:19, 8:25, 9:6, 15:8, 15:22, 21:4, 21:12, 21:18, 22:1, 22:4, 24:18, 24:21, 31:8, 40:13, 40:20
**VORA-PUGLISI** [31] - 2:2, 3:12, 3:18, 3:22, 4:10, 4:24, 5:2, 5:19, 6:12, 6:16, 6:19, 6:22, 7:3, 7:19, 8:3, 8:15, 8:19, 8:25, 9:6, 15:8, 15:22, 21:4, 21:12, 21:18, 22:1, 22:4, 24:18, 24:21, 31:8, 40:13, 40:20
**VS** [1] - 1:6
**vulnerable** [1] - 21:16

## W

**wages** [1] - 39:3
**wait** [1] - 3:17
**waive** [1] - 22:24
**waived** [1] - 23:1
**waiver** [1] - 40:3
**WAR** [8] - 6:24, 9:14, 10:8, 10:19, 11:3, 17:7, 22:9, 36:3
**Washington** [1] - 1:21
**watched** [1] - 28:23
**watching** [1] - 25:21
**ways** [3] - 17:14, 17:15, 17:23
**wealth** [1] - 29:24
**weeks** [1] - 34:14
**weigh** [2] - 36:1, 38:8
**weighing** [1] - 37:2
**weight** [1] - 37:18
**welcomed** [1] - 26:10
**wheel** [1] - 13:12
**whole** [1] - 32:8
**wholly** [1] - 29:6
**wife** [1] - 28:16
**WILLIAM** [1] - 1:14
**William** [1] - 3:4
**willing** [3] - 35:1, 35:2, 36:4
**willingly** [1] - 26:12
**wind** [1] - 21:23
**wire** [2] - 4:1, 5:12
**wish** [1] - 25:8
**witness** [3] - 7:8, 26:2, 33:17
**witnesses** [1] - 7:9
**workers** [1] - 30:2
**works** [1] - 39:2
**world** [1] - 26:4
**worries** [1] - 29:18

**worth** [1] - 40:25
**wow** [1] - 32:8
**write** [1] - 32:7
**written** [3] - 32:6, 39:13, 39:20
**wrote** [1] - 32:4

## Y

**year** [1] - 16:10
**years** [13] - 12:14, 26:15, 27:1, 27:8, 28:5, 28:20, 31:10, 33:2, 33:6, 34:3, 34:4, 34:6, 38:15
**yesterday** [2] - 11:23, 12:24
**York** [2] - 1:20, 36:16
**young** [1] - 27:22

## Z

**zero** [1] - 20:13