UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-60020-CR-WPD

UNITED STATES OF AMERICA

       Plaintiff,

vs.

JOSE SANTEIRO,

       Defendant.
_____/

## SATISFACTION OF CRIMINAL MONETARY PENALTIES JUDGMENT

Plaintiff, United States of America, through its undersigned United States Attorney for the Southern District of Florida, hereby deems satisfied, the Criminal Monetary Penalties Judgment regarding assessment/fine/restitution imposed on July 07, 2022, against Jose Santeiro. The Clerk of the United States District Court of Southern Florida is authorized and empowered to satisfy and cancel said Judgment of record.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

BY:   */s/ Lauren Bluestein*
Lauren Bluestein
Assistant U.S. Attorney
Fla. Bar No. 95889
99 NE 4th Street, Suite 300
Miami, FL 33132-2111
Tel: (305) 961-9323
Fax: (305) 530-7195
E-mail: lauren.bluestein@usdoj.gov