UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-60020-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA

vs.

RICHARD WASERSTEIN
_____/

**ORDER ON RICHARD WASERSTEIN'S
UNOPPOSED MOTION TO TRAVEL**

THIS MATTER is before the Court on Richard Waserstein's Unopposed Motion to Travel,

It is ORDERED AND ADJUDGED that the Motion is GRANTED. Richard Waserstein is to provide a detailed itinerary to his Probation Officer prior to leaving the District.

DONE AND ORDERED this _23_ day of ___May___, 2024.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE