1 of 2 pages



Jose Santeiro Inmate number 10577509
Federal Correctional Institution
FCI Miami
Satellite Camp
P.O. Box 779800
Miami, FL 33177

Honorable Judge William P. Dimitrouleas
Judge of Ft Lauderdale, FL.
<u>United States District Court</u>, Southern Florida
299 East Broward Boulevard, Room 205, Chambers 205F
Fort Lauderdale, FL 33301

June 20th, 2024

Dear Judge Dimitrouleas,

I previously requested permission to be self-employed as a commercial fisherman. It was denied on October 3, 2023.

The judge's order says "The request is denied as premature, without prejudice to later being renewed."

The government responded, "The government does not dispute that the request in his motion could be granted in the future, however, SANTEIRO'S motion is vague".

My new request that I mailed to your office on May 28, 2024 and am re-sending along with this letter, will answer these questions.

Respectfully,
Jose Santeiro

*Re-Submitting*

*2 of 2 pages*

Jose Santeiro Inmate number 10577509
Federal Correctional Institution
FCI Miami
Satellite Camp
P.O. Box 779800
Miami, FL 33177

Honorable William P. Dimitrouleas
Judge of Ft Lauderdale, FL.
<u>United States District Court, Southern Florida</u>
299 East Broward Boulevard, Room 203
Fort Lauderdale, FL 33301

May 28, 2024

Re: Case number 0:21CR-60020-WPD(5), USM#10577-509

Dear Judge Dimitrouleas,

I requested permission to be self-employed as a commercial fisherman on Oct of 2023. It was denied for two reasons; 1-"not enough detail, too vague", and 2-"premature, too soon". I am requesting again. 1- details-we leave the docks just after sunrise and are always back on land no later than 3pm. 90% of our fishing is done within one mile from shore, the other 10% is between 1 to 3 miles offshore. We can only go out when the seas are 3ft or less, which is no more than 10 knots of wind. The days that the wind prohibits us from going out are used to sell our catch, get fuel, and repair gear. 2-premature - the probation has gone to my house. I have been approved for halfway house and home confinement. I will be transferred soon. I will need time to purchase a pickup truck, ice machine and several large coolers.
In reentry we are taught that to succeed we need to plan ahead, set goals, and take the steps to achieve those goals. I simply want/need to work and this is the only thing that I am experienced and licensed in. This is what I worked at while under supervised release, both pretrial and post conviction. This can be verified by my previous probation officer - Jimmy Navarro.

Respectfully,
Jose Santeiro

MIAMI FL 330

22 JUN 2024 PM 5 L

FREEDOM
FOREVER/USA
FREEDOM
FOREVER/USA

Judge William P. Dimitrouleas
US Federal Building and Courthouse
299 East Broward Boulevard
Courtroom 205B, Chambers 205F
Fort Lauderdale, FL 33301

33301-208656